# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

COLLEEN LITTLEFIELD

V.

CATHOLIC FAMILY LIFE INSURANCE COMPANY

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 157

TO: (Name and address of Defendant)

Catholic Family Life Insurance Company
1572 E. Capitol Drive
Shorewood, Wisconsin 53211

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Karen Davidson
One Ship Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/5/06

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| vice of the Summons and complaint was made by me[1] | DATE 4/17/06 |
| E OF SERVER *(PRINT)* Ronald Russo | TITLE USDC Constable |

*heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): [illegible]

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| — | 45 — | 45 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/17/06 ______ [signature]
Date Signature of Server

4:30 pm

PO Box 7582
*Address of Server*

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.