UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

MAY 02 2006

Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD, Plaintiff, | : | C.A. No. 06-157 ML |
| v. | : | |
| CATHOLIC FAMILY LIFE INSURANCE COMPANY Defendant. | : | |

**STIPULATION TO EXTEND TIME FOR CATHOLIC FAMILY LIFE INSURANCE COMPANY TO ANSWER, MOVE, OR OTHERWISE RESPOND**

Pursuant to Local Rule 29(b), Defendant Catholic Family Life Insurance ("CFLI") and Plaintiff Colleen Littlefield ("Littlefield") hereby agree that the time for CFLI to answer, move, or otherwise respond to the Complaint filed in this matter may be extended an additional thirty (30) days, through and including June 7, 2006.

COLLEEN LITTLEFIELD

By her Attorney,

Karen Davidson (CFT)

Karen Davidson
One Ship Street
Providence, RI 02903

CATHOLIC FAMILY LIFE
INSURANCE COMPANY

By its Attorneys,

Patricia A. Sullivan (#2120)
Caroline F. Turcotte (#7165)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter:
Mary M. Lisi
USDJ 5/5/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2006, a true and accurate copy of the within Stipulation was mailed, postage prepaid, to:

Karen Davidson
One Ship Street
Providence, RI 02903