UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-157 ML |
| | : | |
| v. | : | |
| | : | |
| CATHOLIC FAMILY LIFE INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Catholic Family Life Insurance ("CFLI"), is a non-governmental Fraternal Benefit Society with its principal place of business in Wisconsin. This company has no corporate parents, affiliates and/or subsidiaries which are publicly held. There is no publicly-held company that owns 10% or more of its stock.

CATHOLIC FAMILY LIFE
INSURANCE COMPANY

By its Attorneys,

Caroline Turcotte

Patricia A. Sullivan (#2120)
Caroline F. Turcotte (#7165)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of May, 2006, a true and accurate copy of the within Rule 7.1 Disclosure Statement was mailed, postage prepaid, to:

Karen Davidson
One Ship Street
Providence, RI 02903

Caroline Turcotte