UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 28 2006
Property of U.S. District Court
District of Rhode Island

COLLEEN LITTLEFIELD,

Plaintiff,

v.

CATHOLIC FAMILY LIFE INSURANCE COMPANY

Defendant.

C.A. No. 06-157

## STIPULATION

Defendant Catholic Family Life Insurance ("CFLI"), through its undersigned counsel, and Plaintiff Colleen Littlefield, through her undersigned counsel, hereby stipulate and agree that the time for Defendant to respond to Plaintiff's First Request for Production of Documents shall be extended up to and including August 21, 2006. Likewise, Plaintiff shall have up to and including September 22, 2006, to respond to Defendant's First Set of Requests for Production of Documents.

CATHOLIC FAMILY LIFE INSURANCE COMPANY

By its Attorneys,

[signature]

Patricia A. Sullivan (#2120)
Caroline F. Turcotte (#7165)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

COLLEEN LITTLEFIELD

By her Attorney

Karen Davidson (CFT)

Karen Davidson
One Ship Street
Providence, RI 02903
(401) 453-6200
(401) 331-6110

Enter: Mary M. Lisi USDJ 7/31/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2006, a true and accurate copy of the within Stipulation was mailed, postage prepaid, to:

Karen Davidson
One Ship Street
Providence, RI 02903