**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

COLLEEN LITTLEFIELD,
Plaintiffs

v. C.A. NO.: 06-157L

CATHOLIC FAMILY LIFE INSURANCE COMPANY,
Defendant

**AMENDED NOTICE OF DEPOSITION**

**DEPONENT:** **DONALD DEMERS**
**DATE:** **MONDAY DECEMBER 11, 2006**
**TIME:** **11:00** A.M.
**PLACE:** **The Office of Attorney Karen Davidson**
**One Ship Street**
**Providence, Rhode Island 02903**

PLEASE TAKE NOTICE that pursuant to R.C.P. 26, the Plaintiff will take the videotape deposition of the above-named deponent upon oral examination. The oral examination will continue from day to day until completed, the same to commence on the date and at the time and place stated above before a Notary Public commissioned in the State of Rhode Island.

This deposition notice is amended to provide for a video and sound recording as well as a stenographic recording of the testimony of the deponent, Donald Demers, who will provide oral deposition testimony before a videographer and bring with him documents as outlined in Exhibit "A" attached hereto.

You are invited to cross-examine.

Plaintiff,
By her Attorney,

S/ Karen Davidson
Karen L. Davidson, Attorney (#3182)
One Ship Street
Providence, RI 02903
Phone: 401-453-6200
Fax: 401-331-6110

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the within documents were mailed to the following on the day of December, 2006:

Patricia A. Sullivan, Attorney
Caroline F. Turcotte, Attorney
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

William White
Videographer
115 Phenix Avenue
Cranston, RI 02920

Capitol Court Reporting
931 Jefferson Blvd
Warwick, RI 02886

S/Karen Davidson

DOCUMENT REQUESTS

1. All documents pertaining to Michael Littlefield, including, without limitation, all medical records within your custody and control or the custody and control of your employer and available to you.

2. All documents relating or referring to any insurance application made by Michael Littlefield for life insurance or health insurance, including all documents relating or referring to any communications in connection therewith.

3. All documents referring or relating to any requests for, orders for, or responses to medical testing for Michael Littlefield.

4. All documents pertaining to any communications between Michael Littlefield and defendant, or Michael Littlefield and you, or any health care provider, in your custody and control.

5. All documents indicating any instructions for examinations or document review from Catholic Family Life Insurance Company and you or your employer, specifically, but not limited to, those documents providing direction as to the requested work or services you or your company provide.