UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC FAMILY LIFE<br>INSURANCE COMPANY<br><br>Defendant. | : | C.A. No. 06-157 |

**NOTICE OF DEPOSITION**

TO: Karen Davidson, Esq.
One Ship Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, Catholic Family Life Insurance Company will take the deposition of **Colleen Littlefield on January 3, 2007 at 9:30 a.m.** at the offices of Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903. The deposition shall continue from day to day until completed, and will be taken before a Notary Public or before some other officer authorized by law to administer an oath. The testimony will be recorded stenographically and videographically. You are invited to attend and participate in the manner provided for in the Rules of Civil Procedure.

A subpoena duces tecum will be served in connection with this deposition, directing deponent to produce the documents described in Exhibit A to the subpoena duces tecum.

/s/ Caroline F. Turcotte
Patricia A. Sullivan (#2120)
Caroline F. Turcotte (#7165)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Attorneys for Defendant
Catholic Family Life Insurance
Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2006, a true and accurate copy of the within *Notice of Deposition* was served on:

Karen Davidson, Esq.
One Ship Street
Providence, RI 02903

/s/ Caroline F. Turcotte

**EXHIBIT A**

To the extent not previously produced:

1. All documents relating or referring to any insurance application made by, or insurance obtained by, Michael Littlefield for life insurance or health insurance during the period from January 1, 2002 to the date of his death, including all documents relating or referring to any communications in connection therewith.

2. All documents relating or referring to any medical appointments, tests, x-rays, CT Scans, medication prescribed and communications between Michael Littlefield and any healthcare provider.

3. All documents pertaining to Michael Littlefield, including without limitations, all medical records within your custody and control, and all employment records that are available to you.

4. All documents that constitute statements by Michael Littlefield relating or referring to either his health or to life insurance including without limitation, depositions, transcripts, affidavits, statements, and interrogatory answers.

5. All documents that relate or refer to all communications in which Michael Littlefield, you, or anyone acting on his or your behalf participated, regarding life insurance, his health, or this litigation, including calendars and emails.