UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLLEEN LITTLEFIELD,
Plaintiff,

C.A. No. 06-157

VS.

CATHOLIC FAMILY LIFE
INSURANCE COMPANY
Defendant,

MOTION FOR EXTENSION OF TIME

Colleen Littlefield hereby moves for an extension of time in which to disclose her experts. As grounds therefore, Plaintiff states that she is currently scheduled to disclose her experts by January 5, 2007. Discovery in this case is ongoing and, in fact, depositions of two crucial witnesses have only conditionally been scheduled for January 25, 2007 and February 7, 2007 in Providence, to which Defendant objects. (Plaintiff had requested the deposition of one of those witnesses, Kim Ingram, and the parties have been attempting to schedule her for the past month.) Additionally, the depositions of these crucial witness and the documents they produce pursuant to subpoena may well lead to further discovery. In further support of this motion, Plaintiff states that both parties to this action have diligently and productively been exchanging information and conducting depositions. However, despite this, discovery has not yet been completed and Plaintiff is therefore requesting that her expert disclosure deadline be extended to March 30, 2007 and that all other deadlines in this case be realigned accordingly.

Respectfully submitted,

Plaintiff, by her Attorney,

/s/ Karen Davidson
Karen Davidson #3182
One Ship Street
Providence, RI 02903
(401) 453-6200
(401) 331-6110 fax

CERTIFICATION

I hereby certify that on this 5th day of January, 2007, I mailed and faxed a true and accurate copy of the within Motion for Extension of Time to:

Patricia A. Sullivan, Esq,
Caroline F. Turcotte, Esq.
Edwards, Angell, Palmer and Dodge, LLP
2800 Financial Plaza
Providence, Rhode Island 02903