UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD, Plaintiff, | : | C.A. No. 06-157 |
| v. | : | |
| CATHOLIC FAMILY LIFE INSURANCE COMPANY Defendant. | : | |

**OBJECTION TO MOTION FOR EXTENSION OF TIME**

Defendant Catholic Family Life Insurance Company ("CFLI") hereby objects to the motion of plaintiff Colleen Littlefield for an extension of time in which to disclose her experts, as well as to extend all other deadlines in this litigation.[1] As grounds for this objection, CFLI states that the requested extension is both unnecessary and unduly protracts the course of this case. CFLI believes that the deadlines established in this Court's Pretrial Order of September 11, 2006 were fair and appropriate, and that there is no need to change them.

The need for this extension was first raised on January 3, 2007, two days before plaintiff's deadline for disclosure of her expert witness, on January 5, 2007. Until then, plaintiff had never linked her vague references to her need for one or two additional depositions to her ability to designate experts. Moreover, the notices of the depositions

[1] As explained further below, CFLI does not object to an appropriate adjustment of other deadlines to the same extent that the expert disclosure is changed, if at all. Indeed, CFLI joins in plaintiff's motion to adjust the other deadlines by the same amount of time.

that are now described as "crucial" were not served until January 4, 2007, the day before the expert disclosure deadline.

While CFLI does not acquiesce to the premise that discovery not initiated at all until January 4, 2007, could really be "crucial" to be able to make an expert designation due on January 5, 2007, CFLI has nevertheless has attempted to accommodate plaintiff. Accordingly, within twenty-four hours of receipt of these deposition notices, CFLI informed plaintiff in the letter attached at A that the witnesses for the three new depositions could probably be made available in Milwaukee, Wisconsin (where they live and work), on January 16, 17 and 18, 2007,[2] and in no event later than January 25, 2007. CFLI represented that it would agree to extend plaintiff's obligation to disclose expert witnesses to January 31, 2007, and to extend the other dates correspondingly.

Therefore, if this Court is inclined to permit any extension, CFLI respectfully requests that this Court order that the deadlines set forth in the Pretrial Order of September 11, 2006, be changed to the following:

Plaintiff's Expert Witness Disclosure - January 31, 2007
Defendant's Expert Witness Disclosure – March 5, 2006
Discovery Closure - April 2, 2007
Dispositive Motions – April 16, 2007
Pretrial Memorandum – May 2, 2007

Alternatively, CFLI respectfully request that this Court deny plaintiff's motion for extension so that the litigation may proceed pursuant to the original schedule established

[2] CFLI has since confirmed that these dates in mid-January 2007 are workable for the witnesses. However, plaintiff's counsel has represented that these dates do not suit her schedule.

in the Pretrial Order of September 11, 2007.

Respectfully submitted,

/s/Patricia A. Sullivan
Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Attorneys for Defendant
Catholic Family Life Insurance
Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2007, a true and accurate copy of the within *Objection to the Motion to Extend* was served by ECF on:

Karen Davidson, Esq.
One Ship Street
Providence, RI 02903

/s/Patricia A. Sullivan

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Patricia A. Sullivan
401.276.6437
*fax* 888.325.9067
psullivan@eapdlaw.com

January 5, 2007

**VIA FACSIMILE**
**(401) 331-6110**

Karen Davidson, Esq.
One Ship Street
Providence, RI 02903

**Re: <u>Littlefield v. Catholic Family Life Insurance Company, C.A. No. 06-157.</u>**

Dear Karen:

I am investigating whether the three depositions can proceed in Milwaukee on January 16, 17 and 18, 2007. No matter what, it is my expectation that the three witnesses will be available to testify by January 25, 2007, at the latest. Therefore I will agree to extending your obligation to designate experts to January 31, 2007, with the remainder of the dates set forth in the Court's schedule extended correspondingly.

As previously indicated, I am flexible with respect to other proposals for the depositions (such as telephonic), but not willing to produce any of the three witnesses in Providence, Rhode Island.

Very truly yours,

Patricia A. Sullivan

EXHIBIT A