# A

Contestable Claim

Call Mary Reynolds @ Generali
ph 816-412-3715

6/3/05 - Lft. vm message

Issue Date

9/9/03

↓ 2yrs

9/9/05

**From:** Kim Ingram
**To:** Schmitt, Judy
**Date:** 6/7/2005 3:15:01 PM
***Subject:*** Fwd: Contestable Claim

Please respond to Dan and copy me with the requested info today.
Thanks,
Kim

>>> Daniel Lloyd 06/07/05 3:09 PM >>>
Kim,
What's the scope on the recent $300K contestable claim?

Reason of death, agent, product, etc.

Daniel T. Lloyd
President & CEO
Catholic Family Life Insurance
Phone (800)227-2354 ext. 250
Fax (414)961-0477

No Death Cert Recvd yet
Wife Stated Death Reason Cancer

Don Demers

20 YT Term Pref.

Catholic Family Life Insurance

*Families are the heart of what we do.®*

June 9, 2005

Colleen Littlefield
REDACTED
REDACTED

Policy Number
Insured: Michael Littlefield

Dear Mrs Littlefield:

Please accept our condolences .

Enclosed is the PRELIMINARY CLAIM FOR DEATH BENEFITS FORM to be completed and sent along with the POLICY and the CERTIFIED COPY OF THE DEATH CERTIFICATE before this claim can be processed.

In error, I neglected to send along the above form with your previous correspondence. Could you please complete the information necessary by the red x's and return.

Enclosed is a Mass Intention Card. Please make your choice if interested in A Mass for the deceased.

If you have any questions regarding this form, please give me a call at 800-227-2354 ext 256. I would be glad to help you.

Sincerely,

CATHOLIC FAMILY LIFE INSURANCE

Judy Schmitt
Claims Specialist

1572 E. Capitol Drive • P.O. Box 11563 • Milwaukee, Wis. 53211-0563 • 414/961-0500 • Toll Free 800/227-2354 • FAX 414/961-2059 • mail@cfli.org

JUN 1 4 2005

Catholic Family Life Insurance

.72 E. Capitol Drive • Milwaukee, WI 53211
(414)961-0500 • 1 800 227-CFLI

HIPAA AUTHORIZATION
CLAIMS DEPARTMENT

# HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT ("HIPAA")

Authorization to Obtain and Disclose Information

I hereby authorize all of the people and organizations listed below to give Catholic Family Life Insurance Company and their authorized representatives, including agents and insurance support organizations (collectively, the "Recipient",) the following information:

- any and all information relating to my health (except psychotherapy notes) and my insurance policies and claims, including, but not limited to, information relating to any medical consultations, treatments, or surgeries; hospital confinements for physical and mental conditions; use of drugs or alcohol; and communicable diseases including HIV or AIDS.

I hereby authorize each of the following entities to provide the information outlined above:

- any physician or medical practitioner;
- any hospital, clinic or other health care facility;
- any insurance or reinsurance company (including the Recipient for purposes of disclosing information related to other insurance policies that provide me with insurance coverage;)
- any consumer reporting agency or insurance support organization;
- my employer, group policy holder, or benefit plan administrator; and
- the Medical Information Bureau (MIB.)

...nderstand that the information obtained will be used by the Recipient to:

- determine my eligibility for insurance;
- underwrite my application for insurance;
- determine my eligibility for benefits under any temporary insurance; and
- if a policy is issued, determine my eligibility for benefits and contestability of the policy.

I hereby acknowledge that the insurance company listed above is subject to federal privacy regulations. I understand that information released to the Recipient will be used and disclosed as described in the Catholic Family Life Insurance Notice of Health Information Privacy Practices, but that upon disclosure to any person or organization that is not a health plan or health care provider, the information may no longer be protected by federal privacy regulations.

I may revoke this authorization at any time, except to the extent that action has been taken in reliance on this authorization or other law allows the Recipient to contest a claim under the policy or to contest the policy itself, by sending a written request to: Catholic Family Life Insurance, PO Box 11563, Milwaukee, WI 53211-0563. I understand that my revocation of this authorization will not affect uses and disclosures of my health information by the Recipient for purposes of underwriting, claims administration and other matters associated with my application for insurance coverage and the administration of any policy issued as a result of that application.

I understand that the signing of this authorization is voluntary; however, if I do not sign the authorization, the Company may not be able to obtain the medical information necessary to consider my application.

This authorization will be valid for 24 months. A copy of this authorization will be as valid as the original. I understand that I am entitled to receive a copy of this authorization.

Michael Littlefield — Name of Insured

06-10-05 — Date

Relationship to Insured: Wife

Signature of Beneficiary/ or Authorized Representative: [signature]

CFL000055

Catholic Family Life Insurance
572 E. Capitol Drive • Milwaukee, WI 53211
(414) 961-0500 • 800-227-CFLI

JUN 15 2005

# Preliminary Claim For Death Benefits

In order to process your claim as quickly as possible we need some information about you and about the insured, the insurance policy(ies), and a certified copy of the death certificate.

Information about the insured:

Name of Deceased: Michael Littlefield

Policy Number REDACTED

Information about beneficiaries:

Name of Beneficiary: Colleen M. Littlefield

Address: REDACTED

Phone Number:

Social Security No:

Do you have any policy(ies) through CFLI that we could review for you? (If yes, please list).

REDACTED

Name of Beneficiary:

Address:

Phone Number:

Social Security No:

Do you have any policy(ies) through CFLI that we could review for you? (If yes, please list).

*(Please list additional beneficiaries on the other side.)*

Before a claim can be processed, we will need the following information sent to our office:

- THIS FORM
- CERTIFIED COPY OF THE DEATH CERTIFICATE
- POLICY(IES) ____Policy(ies) Enclosed ____Policy(ies) Lost

X Colleen M Littlefield
Your Signature

X 6-13-05
Date

CERTIFICATION OF VITAL RECORD

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

JUN 14 2005

PHYSICIANS MUST COMPLETE SHADED AREAS ONLY. FUNERAL HOME MUST COMPLETE UNSHADED AREAS

05-72
LOCAL FILE NUMBER

RHODE ISLAND DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

1. Deceased — First name: Michael; Last: LITTLEFIELD
2. Sex: Male
3. Date of death: May 25, 2005

4a. Hospital or other institution: REDACTED
4b. City, town or location of death: REDACTED

5a. Age — last birthday (years): 36
6. Date of birth: REDACTED
7. Birthplace (City and State): Warwick, RI
8. Was decedent ever in U.S. armed forces? No
9a. Race: White
9b. Ethnic origin: American
10. Married, never married, widowed, divorced: Married
11. Spouse (if wife, give maiden name): Colleen M. Ruzzo
12. Social security number: REDACTED
13a. Usual occupation: Chemist/Lab Technician
13b. Kind of business or industry: Bungey North America
14a. Residence: 
14b. City, residence, state & zip code: REDACTED
15. Mailing address:

**PARENTS**

16. Father: Henry Littlefield
17. Mother: Dawn M. Allen

18a. Informant — Name: Mrs. Colleen M. Littlefield
18b. Mailing address: REDACTED

**DISPOSITION**

19a. Burial, cremation, donation, other: Cremation
19b. Place of disposition: Moshassuck Cemetery, Central Falls, RI
20a. Signature of funeral home licensee: Maria King
20b. Funeral home — name: Fagan-Quinn Funeral Home
20c. Funeral home/dir. license number: FH138
20d. Funeral home address: 825 Boston Neck Road, North Kingstown, RI 02852

ITEMS BELOW TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY

**CERTIFIER**

R.I. law requires that the name of the physician and the cause of death to be PRINTED or TYPED in BLACK INK. Signatures must also be in BLACK INK.

21a. (Signature): [signature]
License number: 8446
Date signed: May 25, 2005
Name of certifier: P. J. [illegible]
Hour of death: 2:30am
Address of certifier: 1290 Pontiac Ave Cranston

**REGISTRAR**

28a. Registrar (Signature): [signature] James D. Marques, Town Clerk
28b. File date — date received by registrar: May 25, 2005

**CAUSE OF DEATH**

Immediate cause: Metastatic Colon Cancer — 9 months
Due to (or as a consequence of): [illegible]

R.I. Law requires Funeral Director to file this certificate with the City or Town Clerk at the Place of Death within 7 days.

VS-2 Rev. 1-88

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

03372081

Issuing Office: North Kingstown Town Clerk — Date of Issuance: May 25, 2005

Signature of Registrar: [signature]
James D. Marques, Town Clerk

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

CFL000052

June 10 2005

Contestable Claim

Michael Littlefield

Had conversation w/ Colleen Littlefield (Wife)

Regarding recent
Surgery on Michael.
She stated he had went into
surgery for a Hernia operation.
Doctor stated after Surgery
Cancer was found.

Judy

---

Send Check To Agent
Don Demers

⟶



JUN 1 4 2005

June 10/05

Dear Ms. Schmitt

Here is an original Death Certificate Would you please make a copy and send original back to me? Thank you so much.

As you can see his (Michael's) Oncologist signed his death certificate.

His doctor also put down length of time 9 mos.

Thank You again

Colleen Littlefield

Colleen Littlefield

CFL000034

CERTIFICATION OF VITAL RECORD

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

JUN 14 2005

PHYSICIANS MUST COMPLETE SHADED AREAS ONLY FUNERAL HOME MUST COMPLETE UNSHADED AREAS

05-72
LOCAL FILE NUMBER

RHODE ISLAND DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER

Brief Instructions On Reverse Side.

TYPE OR PRINT in BLACK INK

**DECEDENT**

| Field | Entry |
|---|---|
| 1. DECEASED — FIRST NAME / MIDDLE / LAST | Michael LITTLEFIELD |
| 2. SEX | Male |
| 3. DATE OF DEATH (Month, day, year) | May 25, 2005 |
| 4a. HOSPITAL OR OTHER INSTITUTION — NAME (If not in either give street and number) | REDACTED |
| 4b. CITY, TOWN, OR LOCATION OF DEATH | REDACTED |
| 5a. AGE — LAST BIRTHDAY (Years) | 36 |
| 5b. UNDER 1 YEAR (MOS. / DAYS) | |
| 5c. UNDER 1 DAY (HOURS / MIN.) | |
| 6. DATE OF BIRTH (Month, day, year) | REDACTED |
| 7. BIRTHPLACE (City and State or Foreign Country) | Warwick, RI |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) NAME WAR | No |
| 9a. RACE — Am. Indian, Black, White, etc. (Specify) | White |
| 9b. ETHNIC ORIGIN — Cuban, Mexican, Puerto Rican, Hmong, Laotian, etc. (Specify) | American |
| 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) | Married |
| 11. SPOUSE (If wife, give maiden name) | Colleen M. Ruzzo |
| 12. SOCIAL SECURITY NUMBER | REDACTED |
| 13a. USUAL OCCUPATION (Give kind of work done during most of working life. Do NOT use retired) | Chemist/Lab Technician |
| 13b. KIND OF BUSINESS OR INDUSTRY | Bungey North America |
| 14a. RESIDENCE — ADDRESS (House number, street name) | REDACTED |
| 14b. CITY OR TOWN OF RESIDENCE, STATE & ZIP CODE | |
| 15. MAILING ADDRESS — If different from residence address in item above (P.O. Box, RR, City/Town or Village, State, Zip Code) | |

**PARENTS**

| Field | Entry |
|---|---|
| 16. FATHER — FIRST NAME / MIDDLE / LAST | Henry Littlefield |
| 17. MOTHER — FIRST NAME / MIDDLE / MAIDEN NAME | Dawn M. Allen |
| 18a. INFORMANT — NAME | Mrs. Colleen M. Littlefield |
| 18b. MAILING ADDRESS (Street or R.F.D. Number, City or Town, State, Zip Code) | REDACTED |

**DISPOSITION**

| Field | Entry |
|---|---|
| 19a. BURIAL, CREMATION, DONATION, OTHER (Specify) | Cremation |
| 19b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) / CITY OR TOWN / STATE | Moshassuck Cemetery, Central Falls, RI |
| 20a. SIGNATURE OF FUNERAL HOME LICENSEE | Maria King |
| 20b. FUNERAL HOME — NAME | Fagan-Quinn Funeral Home |
| 20c. FUNERAL HOME/DIR. LICENSE NUMBER | FH138 |
| 20d. FUNERAL HOME ADDRESS (Street or R.F.D. Number, City or Town, State, Zip Code) | 825 Boston Neck Road, North Kingstown, RI 02852 |

ITEMS BELOW TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY

NAME OF DECEDENT FOR USE BY PHYSICIAN OR INSTITUTION ONLY

**CERTIFIER**

R.I. law requires the name of the physician and the cause of death to be PRINTED or TYPED in BLACK INK. Signatures must also be in BLACK INK.

| Field | Entry |
|---|---|
| 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. Signature | [signature] |
| DEGREE OR TITLE | |
| 21b. R.I. LICENSE NUMBER | 8446 |
| 21c. DATE SIGNED (Month, day, year) | May 25, 2005 |
| 22. NAME OF CERTIFIER (Type or Print) | P. Joseph |
| 23. IF HOSP. OR INST. Indicate DOA, OP/Emer. Rm., Inpatient (Specify) | |
| 24. HOUR OF DEATH | 2:30am |
| 25. ADDRESS OF CERTIFIER (Street and Number or R.F.D. No., City or Town, State, Zip Code) | 1220 Pontiac Ave Cranston |
| 26. WAS DEATH REFERRED TO MEDICAL EXAMINER? | |
| 27a. NAME AND ADDRESS OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | |
| 27b. LENGTH OF ATTENDANCE (Specify) | |

**REGISTRAR**

| Field | Entry |
|---|---|
| 28a. REGISTRAR (Signature) | James D. Marques, James D. Marques Town Clerk |
| 28b. FILE DATE — DATE RECEIVED BY REGISTRAR (Month, day, yr) | May 25, 2005 |

**CAUSE OF DEATH**

SEE INSTRUCTIONS ON OTHER SIDE

29. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | Metastatic Colon Cancer | 9 months |
| DUE TO (OR AS A CONSEQUENCE OF): | Left liver mets | |
| DUE TO (OR AS A CONSEQUENCE OF): | | |
| DUE TO (OR AS A CONSEQUENCE OF): | | |

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

30a. AUTOPSY (Yes or No) | 30b. If yes, were findings considered in determining cause of death?

| 31a. ACCIDENT (Specify Yes or No) | 31b. DATE OF INJURY (Mo., day, yr.) | 31c. HOUR OF INJURY | 31d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| | | | |

| 31e. INJURY AT WORK (Specify Yes or No) | 31f. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify) | 31g. LOCATION: STREET OR R.F.D. NUMBER / CITY OR TOWN / STATE |
|---|---|---|
| | | |

VS-2 Rev. 1-88

R.I. Law requires Funeral Director to file this certificate with the City or Town Clerk at the Place of Death within 7 days.

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

03372081

Issuing Office: North Kingstown Town Clerk

Date of Issuance: May 25, 2005

Signature of Registrar: ____________________
James D. Marques, Town Clerk

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR

2005

Catholic Family Life Insurance

*Financial security with the fraternal touch - since 1868.*

July 22

Spoke w/ Colleen regarding claim. She wanted to Know if we have received requested medical info. We have not, as of yet.

1572 East Capitol Drive • Milwaukee, Wisconsin 53211 • 414/961-0500 • FAX 414/961-2059

OCON0535EF CFL CATHOLIC FAMILY LIFE INSURANCE 7/08/05
ADD Policy Notes - Active 11:34:57

**REDACTED**

Policy ID Owner : LITTLEFIELD, MICHAEL
Effective : 09/09/2003 Status T Unapplied receipts : .00

| Note date/ Notify on | PIN ID/ Reason | | Name/ Note |
|---|---|---|---|
| 07/08/2005 | JLC | U | COFTA, JODY L |
| 07/18/2005 | CATHY | | PER DR MANZO'S OFFICE - HOPE TO MAIL RECORDS IN 5-7 BUSINESS DAYS |

+

F3=Exit F5=Refresh F9=Change F12=Cancel

CONFIRM: Y (Y/N)

DCON0535EF CFL CATHOLIC FAMILY LIFE INSURANCE 6/16/05
ADD t Policy Notes - Active 12:03:59

REDACTED

Policy ID Owner : LITTLEFIELD, MICHAEL
Effective : 09/09/2003 Status T Unapplied receipts : .00

| Note date/ Notify on | PIN ID/ Reason | | Name/ Note |
|---|---|---|---|
| 06/16/2005 | JLC | U | COFTA, JODY L |
| 06/30/2005 | CATHY | | ORDERED APS FROM DR PIERRE MANZO |

+

F3=Exit F5=Refresh F9=Change F12=Cancel

CONFIRM: Y (Y/N)

July 8 2005
Colleen Called (wife)
Asking about
Status of Claim
I Spoke with her—
Advised waiting for
Doctor to Respond (APS)

Catholic Family Life Insurance

*Families are the heart of what we do.®*

Catholic Family Life Insurance Home Office
FAX TRANSMITTAL SHEET
Fax: (414) 961-2059

DATE: 7/27/05

TO: Kristen in Medical Records

FROM: Cathy Keating

CFLI & V

OPERATOR'S NAME: re: Michael Littlefield DOB REDACTED

MESSAGE: Kristen:

Please forward all records on Michael Littlefield to (414) 961-2059. Can you please call me when you receive this request. This is a death claim and we need to process as soon as possible. Need pathology report also from hernia surgery in 2003.

Thanks for all your help
Cathy Keating
1-800-227-2354
x292

Number of pages transmitted ____________ (Including transmittal sheet)

Confidentiality Notice: This facsimile transmission may contain confidential or legally privileged information that is intended only for the individual or entity named. If you are not the intended recipient or responsible for delivering the transmission to the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or reliance upon the contents of this information is strictly prohibited. If you have received this transmission in error, please notify Catholic Family Life Insurance at 1-800-227-2354, so that arrangements can be made for proper delivery, and then please destroy the facsimile message.

x292

1572 E. Capitol Drive • Milwaukee, Wis. 53211-0563 • 414/961-0500 • Toll Free 800/227-2354 • www.cfli.org

- Request has been rec'vd
- No return fax
- only mail
7-10 business days.

Catholic Family Life Insurance

*Families are the heart of what we do.®*

Catholic Family Life Insurance Home Office

FAX TRANSMITTAL SHEET

Fax: (414) 961-2059

DATE: 7/27/05

TO: Medical Records
Kent Hospital

FROM: Stephanie Enea

OPERATOR'S NAME: RE: Michael Littlefield DOB REDACTED

MESSAGE: Please forward all records on Michael Littlefield to (414) 961-2059. Can you please call us when you receive this request. This is a death claim and we need to process as soon as possible. Need pathology report also from hernia surgery in 2003. Thanks for all your help
800-227-2354
x292

Number of pages transmitted ____________ (Including transmittal sheet)

Confidentiality Notice: This facsimile transmission may contain confidential or legally privileged information that is intended only for the individual or entity named. If you are not the intended recipient or responsible for delivering the transmission to the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or reliance upon the contents of this information is strictly prohibited. If you have received this transmission in error, please notify Catholic Family Life Insurance at 1-800-227-2354, so that arrangements can be made for proper delivery, and then please destroy the facsimile message.

Catholic Family Life Insurance

*Families are the heart of what we do.®*

Catholic Family Life Insurance Home Office

FAX TRANSMITTAL SHEET

Fax: (414) 961-2059

DATE: 7/26/05

TO: Kim

FROM: Cathy Harturg

CFLI 29

OPERATOR'S NAME: ______________________

MESSAGE: Kim –

Please release all imaging studies beginning July '04

Thanks so much for your help.

Number of pages transmitted 3 (Including transmittal sheet)

Confidentiality Notice: This facsimile transmission may contain confidential or legally privileged information that is intended only for the individual or entity named. If you are not the intended recipient or responsible for delivering the transmission to the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or reliance upon the contents of this information is strictly prohibited. If you have received this transmission in error, please notify Catholic Family Life Insurance at 1-800-227-2354, that arrangements can be made for proper delivery, and then please destroy the facsimile message.

1572 E. Capitol Drive • Milwaukee, Wis. 53211-0563 • 414/961-0500 • Toll Free 800/227-2354 • www.cfli.org

Catholic Family Life Insurance

*Families are the heart of what we do.®*

Catholic Family Life Insurance Home Office

FAX TRANSMITTAL SHEET

Fax: (414) 961-2059

DATE: 8/1/05

TO: Kristen in Medical Records

FROM: Stephanie Enea

OPERATOR'S NAME: Re: Michael Littlefield DOB REDACTED

MESSAGE: Kristen:
This is a follow-up fax to the original request sent to you on 7/27/05. (See pgs to follow)

Thank you for your help regarding this matter - Stephanie Enea

Number of pages transmitted 4 pgs. (Including transmittal sheet)

Confidentiality Notice: This facsimile transmission may contain confidential or legally privileged information that is intended only for the individual or entity named. If you are not the intended recipient or responsible for delivering the transmission to the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or reliance upon the contents of this information is strictly prohibited. If you have received this transmission in error, please notify Catholic Family Life Insurance at 1-800-227-2354, o that arrangements can be made for proper delivery, and then please destroy the facsimile message.

X-292

Re: Michael Littelfield

The medical history this individual gave on his application is at odds with what has been found in his medical records during the routine review of his insurance claim. The medical records indicate a much more serious problem than just common post- operative problems from what is presented as an uneventful laparoscopic hernia repair. The grossly abnormal barium scan and abdominal l CT scan both showed evidence of a mass, tumor or or abscess that is not disclosed at the time of application. Neither this information nor the fact he even needed or had done further testing is not disclosed at the time of application. The concern is if these facts were disclosed his application would have been denied insurance or had his application postponed. The radio logic tests and barium exam finding are of such an abnormal nature it is beyond what is conceivably normal after a hernia repair. , In fact, in a subsequent hospital admission he related that these studies were done at the time and related the results showed either tumor or mass in the abdomen.

Nicola Charlton M.D.
Medical Director
08/25/05

Catholic Family Life Insurance

*Families are the heart of what we do.®*

**Date** 9/1/05

**Name** Mrs. Littlefield **Policy #** REDACTED

Called and left message on answering machine.

Mrs Littlefield returned my call. I explained that we would not pay the death claim based on material misrepresentation and ommission of medical test taken in June 2003 prior to the application for insurance.

Mrs Littlefield said those tests happened after the application. I told her that the tests happened June 2003 and the application was taken September 2003. She stated that the doctors did not tell him any thing was wrong and they only prescribed vicadin and antibiotics. I repeated that this information was not told to us or the personnel. She informed me that she will be talking to her attorney about this. I told her I would be sending a letter with supporting documentation.

9/1/05 [signature]

REDACTED

lwaukee, Wis. 53211-0563 • 414/961-0500 • Toll Free 800/227-2354 • FAX 414/961-2059 • mail@cfli.org

*The oldest Catholic fraternal in the U.S.—Established 1868.*

COLLEEN LITTLEFIELD

DATE 9/2/05

REDACTED

POLICY NO. REDACTED

703

CLAIM NO. CODE AGENT NUMBER

INSURED MICHAEL LITTLEFIELD

In Payment of:

REFUND OF PREMIUMS WITH INTEREST

| ACCOUNT NO. | DEBIT | CREDIT |
|---|---|---|
| | $ | $ |
| 50000-00 | 769.60 | |
| 50550-00 | 27.01 | |
| | | |
| | | |
| | | |
| | | |

Check Amount (Acct. 70030) $ 796.61

Balance $ 796.61 $ 796.61

796.61

Requested by: MAGGIE / BRIDGETT

Approved:

Check No. 374992

FOLDER

CFL000043

**REDACTED**

Policy

| Date | Interest | Rate | Premium (Withdrawals) | Account Value |
|---|---|---|---|---|
| 08/29/03 | | | | |
| 08/29/03 | | | 96.20 | 96.20 |
| 11/25/03 | 0.69 | 3.00% | 96.20 | 193.09 |
| 11/25/03 | | | | 193.09 |
| 02/19/04 | 1.35 | 3.00% | 96.20 | 290.64 |
| 02/19/04 | | | | 290.64 |
| 05/19/04 | 2.13 | 3.00% | 96.20 | 388.96 |
| 05/19/04 | | | | 388.96 |
| 08/13/04 | 2.72 | 3.00% | 96.20 | 487.88 |
| 08/13/04 | | | | 487.88 |
| 11/16/04 | 3.77 | 3.00% | 96.20 | 587.85 |
| 11/16/04 | | | | 587.85 |
| 02/21/05 | 4.64 | 3.00% | 96.20 | 688.69 |
| 02/21/05 | | | | 688.69 |
| 05/13/05 | 4.53 | 3.00% | 96.20 | 789.42 |
| 05/13/05 | | | | 789.42 |
| 09/02/05 | 7.19 | 3.00% | | 796.61 |
| 09/02/05 | | | | 796.61 |
| **Interest** | 27.01 | | 769.60 **Premium** | |

**Check Amount** $ 796.61

0•*

769•60+
27•01+
002
796•61*

0•*

0•*

0•*

CFL000044

Catholic Family Life Insurance

*Families are the heart of what we do.®*

September 7, 2005

Mrs. Michael Littlefield
REDACTED

Re: refund of premium for Mr. Michael Littlefield effective September 9, 2003- policy number
REDACTED

Dear Mrs. Littlefield:

Catholic Family extends its condolences to you and your family at this difficult time. As you know, your husband applied for life insurance with Catholic Family and was issued a policy dated September 9, 2003.

This policy is less than two years old and therefore is contestable under the general provisions of this policy. Upon review of your husband's application and medical records, we regret to inform you that we are unable to pay the proceeds. This decision is based on material misrepresentation and omission of his medical procedures related to his hernia surgery on the additional follow-up visit in June 2003. Had we been aware of these procedures, we would not have issued a policy on his life at that time. We have summarized the statement that led us to our decision below.

- **Amendment of Application signed by Mr. Littlefield read as follows:**

*It is hereby understood and agreed that the application forming a part of Policy Number* REDACTED *amended as follows:*

*I have reviewed pages 2 and 3 of the application in this policy. I agree that the information obtained by the home office in a telephone interview or by a paramedical facility is correct. All statements made in any application and medical forms attached to the policy are subject to all the general provisions listed in "The Contract" section of the policy.*

*A copy of this Amendment and Alteration of Application, the signed original of which is to be recorded at the Home Office of the Society, shall be attached to and shall apply to any policy issued thereon.*

*I certify that the health of the person proposed for coverage has not changed since the date of the original application.*

File copy

- **Statement page 3 of the teleunderwriting application question #9.** *Full name and complete address of personal physician; the date, reason last seen and diagnosis:*

Answer: Dr. Manzo, Greenwich, RI 5/03 follow-up after 4/03 hernia surgery all OK.

- **The Medical Examination Report dated August 28, 2003 and signed by Mr. Michael Littlefield;** question 1b- Date and reason last consulted: answer pain related to hernia surgery 5-03- had surgery 4-2003.

Question 2 e *Have you ever been treated for or had any indication of Jaundice, intestinal bleeding, ulcer, hernia, appendicitis, colitis, diverticulitis, hemorrhoids, recurrent indigestion or other disorder of the stomach intestines, liver or gallbladder?* **Answer-yes and hernia was underlined.**

*Under the details of the Yes answers for 2e: include diagnoses, dates, durations and names and addresses of all attending physicians and medical facilities.* **Our research indicated that there was information omitted.** Had we known of the ongoing follows-up for pain and subsequent medical visits and procedures, we would not have issued the insurance policy on your husband.

We have enclosed a check for the refund of premium and interest and copies of the application, medical exam, alteration and amendment, as well as the original death certificate. Please feel free to contact us with any questions and concerns you may have about this decision.

Again please accept our condolences and may God grant you strength and your loved ones peace and perseverance during this period of grief.

Fraternally yours,

Kim Ingram ACS, AIRC, CLU, ChFC, FLMI
Vice President, Insurance Services and Corporate Secretary of Catholic Family Life Insurance

Cc: Don Demers

412

UNDERWRITING LOG SHEET (PAGE 1 OF POLICY# **REDACTED**

6/16 (KJ)

Dr Manzo - regular physician

Dr Joseph - oncologist

Dr Shahinian - general surgeon

6/16 ~~[illegible]~~ Spoke w/ Mary Reynolds - did not have record.

Jeff will ~~underwrite~~ review. → Shepard

Most likely will want records. Get APS from Dr Manzo

6/16 Spoke w/ Lynn Glaser @ Sequale - putting on their system. Needed date of death.

8/1/05 - Additional medical records are being obtained from RI & Kent Hospitals.

Faxed requests were sent on 7/27/05

vm messages for follow-up were left on 7/29/05
vm message to RI Hosp. on 8/1/05

Spoke w/ Paula @ Kent Hosp. on 8/1/05 - Confirmed receipt of original request → 7-10 business days for records to be sent.

Sent follow-up fax to RI Hospital on 8/1/05.

8/1 - Mrs Littlefield - returned call & advised status

8/16 - Called RI & Kent Hospitals → confirmed at both hospitals that the requests are in "the que" however they have not been sent yet but being worked on → no est. time frame.

CFL000039

REDACTED

UNDERWRITING LOG SHEET (PAGE 2 OF POLICY #

8/24 LM for Cyntha Redic @ Opt. Re
re: Death Claim

Spoke w/ Sandra Long @ Optimum Re
since Generali was notified prior
to July 1, they (Generali) will be retaining it

Per Mary - just send letter c̄ reasoning
transferred to
Jeff Shepard x 3712
Would like copy of file after decision
& beneficiary notified

11/3/05 - jshepherd@generali.usalifere.com
Feature 701

Spoke w/ Jeff Shepherd - wants to review
of documentation for these records → Completed 11/3/05

4/18/06 - Spoke w/ Jeff Shepheard - he is reviewing
file and will call us back tomorrow to let us
know if he wants to review summons.

4/19/06 - Faxed to Jeff Shepherd

5/5/06 - Spoke w/ Jeff Shepherd - need original
underwriting & claim info.

DEPOSITION EXHIBIT
Plf's 17
2-20-07




Catholic Family Life Insurance

P O Box 11563 · Milwaukee, WI 53211-0563
1 800 227-CFLI · 414 961-0500

U319-690 (rev1200)

# Risk Selection

## Life Underwriting Guide

This Life Underwriting Guide has been prepared to provide you with guidelines to help you in your field underwriting. Impairments are listed alphabetically.

A brief description, tools required and specific questions or areas to "ask about" are included, as applicable, along with the probable action (rating) you can anticipate.

Keep in mind that this is intended only to provide you with GUIDELINES, not a final decision, and to help you prepare your client for the possibility of a rated contract.

**Rating Table Information**

Our ratings start at Table 2 and go through Table 16.

| | |
|---|---|
| **Low** | **Tables 2 - 3** |
| **Moderate** | **Tables 4 - 6** |
| **High** | **Tables 7 - 16** |

Waiver of Premium and Accidental Death are sometimes available on rated policies, and may be rated also. See each listing for details.

Prepared by

New Business Department
Catholic Family Life Insurance



CFL000448

## GONORRHEA

(See SEXUALLY TRANSMITTED DISEASES)

## GOUT

Inflammatory arthritis from a disorder of the body's handling of uric acid. A disorder of uric acid metabolism which causes painful arthritic attacks in the great toe or joints in other parts of the body.

**Ask About:** Ask how severe and disabling the attacks have been, how frequently they have occurred, the date of the last one and what type of medication was prescribed.

**Probable Action:**

Mild: Usually Standard

Moderate to Severe: Standard to Low. No WP

## GRAVES DISEASE

(See THYROID DISORDERS)

## GUILLAIN-BARRÉ SYNDROME

Disorder of unknown cause, involving peripheral and cranial nerves, often following respiratory infections.

**Tools:** APS

**Probable Action:**

Present: Postpone

Recovered: Standard

## HEADACHE

(See also MIGRAINE HEADACHES)

**Ask About:** Include frequency, severity, diagnosis (if any), treatment and length of time symptoms have been present.

**Probable Action:** Usually Standard

## HEART ATTACK

(See MYOCARDIAL INFARCTION)



## HEART MURMUR

Sound caused by the flow of blood through an abnormal heart valve or a normal valve not functioning properly. A murmur may be congenital or acquired.

**Tools:** APS

**Ask About:** Ask for medical terminology used to describe murmur. Is there a history of rheumatic fever or other illness which may have caused the murmur or has it been present since birth? Ask about special testing, echocardiograms.

**Probable Action:**

Functional, not affecting heart's performance: Usually Standard

Others: Moderate to Decline

## HEMORRHOIDS

**Probable Action:** Usually Standard

## HEPATITIS

Inflammation of the liver; may be acute or chronic.

**Tools:** APS and Blood Profile, all cases

**Ask about:** Treatment, liver biopsy results, TYPE (Hepatitis A, B or C)

**Probable Action:**

Hepatitis A: Single acute attack, 3 months after recovery with normal liver function tests: Usually Standard

Hepatitis B:

Acute episode, complete recovery: Standard

Chronic: Moderate to Decline

Hepatitis C: Moderate to Decline, depending on liver enzymes and biopsy report.

## HERNIA

Protrusion of an organ or tissue from its normal position through an opening in the wall of the cavity containing the organ or tissue.

## HERNIA (cont'd)

**Ask About:** Include location of hernia. Ask if surgery was performed or is planned in future.

**Probable Action:** Usually Standard. May be necessary to postpone if surgery is planned.

## HERPES SIMPLEX

(See also SEXUALLY TRANSMITTED DISEASES)

Viral infection of the skin occurring generally on the lips and face as fever blister or cold sore. Rarely may also involve lungs, mouth, eyes, urinary tract or brain.

**Tools:** Current blood profile

**Probable Action:** Usually Standard

## HIV INFECTION

(See AIDS)

Infection with the Human Immunodefinciency Virus (HIV) ultimately leads to the clinical condition, AIDS.

**Probable Action:** Decline

## HODGKIN'S DISEASE

(See CANCER)

A malignant lymph node tumor.

**Tools:** APS

**Ask About:** If possible, find out stage of involvement, symptoms and type of treatment.

**Probable Action:** Only the best cases will be considered. A rating will usually be required, but some cases may be Standard after 5 years have elapsed since last symptoms and treatment.

## HYPERCHOLESTEROLEMIA

(See Cholesterol, elevated)

## HYPERTENSION

(See BLOOD PRESSURE)

Term used to indicate elevated blood pressure.



## HYSTERECTOMY

Total or partial removal of uterus and ovaries.

**Ask About:** Ask for name of condition necessitating surgery. Is there any indication of malignancy and any chemotherapy or radiation treatment or follow-up care?

**Probable Action:**

Usually Standard after recovery, if no malignancy.

*If malignant, cancer ratings would apply.*

## IRITIS

An inflammation in the iris of the eye

**Probable Action:** Usually Standard

## IRRITABLE BOWEL SYNDROME

(Functional Colitis, See COLITIS, others: spastic, mucous, irritable colon)

## ISCHEMIA

(See CORONARY ARTERY DISEASE)

## JUVENILE RHEMATOID ARTHRITIS

**Tools:** APS

***Probable Action:***

Present, under treatment, controlled: Moderate

Recovered:

0-1 years: Low Rating

1-2 years: Standard to Low

2+ years: Standard

## KIDNEY REMOVAL (Nephrectomy)

Surgical removal of a kidney

**Tools:** APS to determine reason and urinalysis to ensure remaining kidney is functioning normally.

**Probable Action:** Usually Standard. If malignant, cancer ratings would apply.

## TOXEMIA OF PREGNANCY (Pre-eclampsia, Eclampsia)

Complications of pregnancy including fluid retention, high blood pressure, excessive weight gain and protein in the urine. Complications occurring late in pregnancy or during labor. May include convulsions, muscular spasms, unconsciousness, elevated blood pressure and edema.

**Tools:** APS

**Ask About:** Include dates, if currently pregnant, and if Toxemia occurred during more than one pregnancy. Is she now past her menopause? Has there been a history of elevated blood pressure and/or urinary findings?

**Probable Action:**

Usually Standard

Current pregnancy: Postpone

## TUMOR

Abnormal growth of tissue or cells which functions independently and in no way benefits the rest of the body.

**Tools:** APS, including full pathology results

**Ask About:** Obtain exact medical term for diagnosis, treatment administered and the dates of treatment.

**Probable Action:**

Benign: Usually Standard unless size or location causes complications

Malignant: See CANCER Section

## TRANSIENT ISCHEMIC ATTACK (TIA)

Temporary interruption of blood flow through the vessels supplying blood to the brain. Also referred to as minor stroke.

**Tools:** APS

**Probable Action:**

1-2 episodes:

0-6 months: Postpone

6 months - 5 years: Low to Moderate

5+ years: Standard to Low

3 or more episodes: refer to STROKE.

## BRAIN TUMOR

(See CANCER)

Malignant or benign tumor

**Tools:** Trial App within 5 years. APS

**Ask About:** Type and grade of tumor, benign or malignant. Type of treatment. Any surgery done or planned? Any brain damage?

**Probable Action:**

No surgery or recent surgery: Decline.

1-3 years after surgery: High to Decline.

## BRONCHIECTASIS

Chronic lung disorder caused by widening of the walls of the bronchi from recurrent infection.

**Probable Action:**

Symptom free with normal pulmonary function: Standard

Others: Low to Decline, depending on pulmonary function test results and chest X-ray results from an APS.

## BRONCHITIS

Inflammation of the bronchial tubes in the lungs, may be acute or chronic

**Probable Action:**

One episode & recovered: Standard

Chronic or severe: Low to Decline, depending on pulmonary function test and chest X-ray results from APS.

## BURSITIS

Inflammation of a bursa

**Probable Action:**

Mild: Standard

Chronic or severe: Standard. No WP



## BYPASS SURGERY (CORONARY ARTERY)

A nonessential blood vessel is removed and patched into an existing artery to bypass an area of obstructed blood flow to the heart or other areas of the body.

**Tools:** APS which must include heart catheterization report and documented follow up. Trial app within 5 years from surgery date.

**Probable Action:**

0-6 months: Postpone

6 months-6 years: High to Decline

6+ years: Low to Decline

## CANCER

A malignant tumor (carcinoma, sarcoma, etc.)

**Tools:** Trial Application within 5 years. APS with complete pathology and operative report

**Ask About:** Type of tumor, location, stage or grade of tumor, date of surgery or other treatment.

**Probable Action:**

One episode (depends on type and severity of tumor):

0-5 years: Moderate to Decline

5+ years: Low to Decline

Recurrent or metastasis: Decline

## CARDIOMYOPATHY

A progressive disease of the heart muscle which may cause it to enlarge or its walls to thicken.

**Probable Action:** Decline

## CATARACT

Whitish clouding of the eye's lens

**Tools:** APS to distinguish between congenital, trauma or disease as cause

**Probable Action:** Usually Standard. No WP



CFL000452