# C

# CERTIFICATION OF VITAL RECORD

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PHYSICIANS MUST COMPLETE SHADED AREAS ONLY. FUNERAL HOME MUST COMPLETE UNSHADED AREAS.

05-72
LOCAL FILE NUMBER

RHODE ISLAND DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT** — Brief Instructions On Reverse Side.

TYPE OR PRINT in BLACK INK

DECEASED — FIRST NAME 1. Michael | MIDDLE | LAST LITTLEFIELD | SEX 2. Male | DATE OF DEATH (Month, day, year) 3. May 25, 2005

HOSPITAL OR OTHER INSTITUTION — NAME 4a.

CITY, TOWN, OR LOCATION OF DEATH

REDACTED

AGE — LAST BIRTHDAY (Years) 5a. 36 | UNDER 1 YEAR MOS. DAYS 5b. | UNDER 1 DAY HOUR 5c.

PLACE OF BIRTH (City and State or Foreign Country) wick, RI

WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) NAME WAR 8. No

RACE — Am. Indian, Black, White, etc. (Specify) 9a. White

ETHNIC ORIGIN — Cuban, Mexican, P. Rican, Hmong, Laotian, etc. (Specify) 9b. American

MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) 10. Married

SPOUSE (If wife, give maiden name) 11. Colleen M. Ruzzo

SOCIAL SECURITY NUMBER 12.

USUAL OCCUPATION (Give kind of work done during most of working life. Do NOT use retired) 13a. Chemist/Lab. Technician

KIND OF BUSINESS OR INDUSTRY 13b. Bungey North America

RESIDENCE ADDRESS (House number, street name) 14a. ...t

CITY OR TOWN OF RESIDENCE, STATE & ZIP CODE 14b.

MAILING ADDRESS — If different from residence address in item above (P.O. Box, RR, City/Town or Village, State, Zip Code) 15.

**PARENTS**

FATHER — FIRST NAME 16. Henry | MIDDLE | LAST Littlefield

MOTHER — FIRST NAME 17. Dawn | MIDDLE M. | MAIDEN NAME Allen

INFORMANT — NAME 18a. Mrs. Colleen M. Littlefield

MAILING ADDRESS (Street or R.F.D. Number, City or Town, State, Zip Code) 18b.

**DISPOSITION**

BURIAL, CREMATION, DONATION, OTHER (Specify) 19a. Cremation

PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) 19b. Moshassuck Cemetery

CITY OR TOWN Central Falls, | STATE RI

SIGNATURE OF FUNERAL HOME LICENSEE 20a. Maria King

FUNERAL HOME — NAME 20b. Fagan-Quinn Funeral Home

FUNERAL HOME/DIR. LICENSE NUMBER 20c. FH138

FUNERAL HOME ADDRESS (Street or R.F.D. Number, City or Town, State, Zip Code) 20d. 825 Boston Neck Road, North Kingstown, RI 02852

ITEMS BELOW TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY

**CERTIFIER** — R.I. law requires the name of the physician and the cause of death to be PRINTED or TYPED in BLACK INK. Signatures must also be in BLACK INK.

To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated.

21a. (Signature)

DEGREE OR TITLE

R.I. LICENSE NUMBER 21b. 8116

DATE SIGNED (Month, day, year) 21c. May 25, 2005

NAME OF CERTIFIER (Type or Print) 22. PJ Joseph

IF HOSP. OR INST. Indicate DOA, OP/Emer. Rm., Inpatient (Specify) 23.

HOUR OF DEATH 24. 2:30am

ADDRESS OF CERTIFIER 25. 1220 Pontiac Ave Cranston

WAS DEATH REFERRED TO MEDICAL EXAMINER? (Specify Yes or No) 26.

NAME AND ADDRESS OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) 27a.

LENGTH OF ATTENDANCE 27b.

**REGISTRAR**

REGISTRAR 28a. (Signature) James D. Marques, James D. Marques Town Clerk

FILE DATE — DATE RECEIVED BY REGISTRAR (Month, day, yr.) 28b. May 25, 2005

**CAUSE OF DEATH** — SEE INSTRUCTIONS ON OTHER SIDE

29. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → Metastatic Colon Cancer — 9 months

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

DUE TO (OR AS A CONSEQUENCE OF): with liver mets

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

AUTOPSY (Yes or No) 30a.

If yes, were findings considered in determining cause of death? 30b.

ACCIDENT (Specify Yes or No) 31a. | DATE OF INJURY 31b. | HOUR OF INJURY 31c. | DESCRIBE HOW INJURY OCCURRED 31d.

INJURY AT WORK (Specify Yes or No) 31e. | PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify) 31f. | LOCATION 31g. STREET OR R.F.D. NUMBER | CITY OR TOWN | STATE

R.I. Law requires Funeral Director to file this certificate with the City or Town Clerk at the Place of Death within 7 days.

VS-2 Rev. 1-88

NAME OF DECEDENT FOR USE BY PHYSICIAN OR INSTITUTION ONLY

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

03372080

Issuing Office North Kingstown Town Clerk

Date of Issuance May 25, 2005

Signature of Registrar James D. Marques

James D. Marques, Town Clerk

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

MIDWEST BANK NOTE COMPANY

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE