D

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
KENT, SC. SUPERIOR COURT

MICHAEL LITTLEFIELD, et al

v. CA. NO. 05-0334

JOHN ABADIER, M.D. a/k/a
WAHID J. ABADIER, M.D., and
KENT GENERAL & VASCULAR
SURGEONS, INC.

MHG

COPY

**VIDEOTAPED DEPOSITION *DE BENE ESSE* OF MICHAEL LITTLEFIELD**, taken on behalf of the Plaintiffs, pursuant to the Rhode Island Rules of Civil Procedure, at the residence of Michael Littlefield, 61 Charles Street, North Kingstown, Rhode Island, on April 14, 2005, before Frances D. Young, Notary Public, convening at 5:34 p.m.

**APPEARANCES:**

Vincent D. Morgera, Ltd.
BY: Vincent D. Morgera, Esquire
Counsel for the Plaintiffs

Bowerman & Taylor Guertin
BY: Seth E. Bowerman, Esquire
Counsel for the Defendant
(John Abadier, M.D., a/k/a Wahid J. Abadier, M.D.)

**ALSO PRESENT:**

Colleen Littlefield
Lynn White

**VIDEOGRAPHER:** William White

DEFENDANT'S EXHIBIT 6 1/3/07

IRONS & ASSOCIATES
Certified Professional Reporters
31 Harris Avenue
Portsmouth, Rhode Island 02871

ML00339

CONDENSED TRANSCRIPT

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
KENT, SC. SUPERIOR COURT

MICHAEL LITTLEFIELD, et al

v. CA. NO. 05-0334

JOHN ABADIER, M.D. a/k/a
WAHID J. ABADIER, M.D., and
KENT GENERAL & VASCULAR
SURGEONS, INC.

VIDEOTAPED DEPOSITION DE BENE ESSE OF MICHAEL LITTLEFIELD, taken on behalf of the Plaintiffs, pursuant to the Rhode Island Rules of Civil Procedure, at the residence of Michael Littlefield, 61 Charles Street, North Kingstown, Rhode Island, on April 14, 2005, before Frances D. Young, Notary Public, convening at 5:34 p.m.

APPEARANCES:

Vincent D. Morgera, Ltd.
BY: Vincent D. Morgera, Esquire
Counsel for the Plaintiffs

Bowerman & Taylor Guertin
BY: Seth B. Bowerman, Esquire
Counsel for the Defendant
(John Abadier, M.D., a/k/a Wahid J. Abadier, M.D.)

ALSO PRESENT:

Colleen Littlefield
Lynn White

VIDEOGRAPHER: William White

IRONS & ASSOCIATES
Certified Professional Reporters
31 Harris Avenue
Portsmouth, Rhode Island 02871



I N D E X


Deposition of Michael Littlefield Page

Examination by Mr. Morgera 3
Examination by Mr. Bowerman 45


ML00340



MR. MORGERA: Okay, this is Superior Court case KC 05-0334. It's pending in the Kent County Superior Court, and the plaintiffs are Michael Littlefield, Colleen Littlefield, and Colleen Littlefield as Parent and Next Best Friend of REDACTED ld, a Minor, against the defendants John Abadier, M.D., also known as Wahid J. Abadier, M.D., and Kent General & Vascular Surgeons, Inc. My understanding is that Seth Bowerman represents Dr. Abadier, and John Barton represents Kent General & Vascular Surgeons, Inc. John has notified my office that he is waiving his appearance this evening, and so the questions will begin.

MICHAEL LITTLEFIELD, having been duly sworn, deposes and testifies as follows:

EXAMINATION BY MR. MORGERA

Q. What is your full name, sir?
A. Michael Littlefield.
Q. And where do you reside, Michael?
A. REDACTED
Q. And is that where we are now?
A. Yes, it is.
Q. All right. And how old are you, Michael?



A. I'm 36.
Q. And what's your date of birth?
A. REDACTED
Q. And are you married?
A. I am.
Q. And is your wife Colleen Littlefield?
A. That's correct.
Q. And how long have you been married?
A. We've been married since 1996 so you always have to do the math on this. Nine years. Eight years is -- we're married almost nine. It will be nine June 12. July 12.

COLLEEN LITTLEFIELD: July 12.

Q. All right. And do you have any children of the marriage?
A. Yes, we have a six year old, and her name is REDACTED She was born REDACTED
Q. All right. I'm going to ask you now a couple of questions about your educational background. Michael, did you attend college?
A. Yes, I did.
Q. Okay. And where was that?
A. University of Rhode Island.
Q. And what -- did you graduate with a degree?

A. Yes. I have a bachelor of science I graduated with and -- as a chemist.
Q. And when was that?
A. That was in 1992 I graduated, in May of '92.
Q. All right. And have you had any further education after URI?
A. I did take a few courses. I was planning on doing pharmacy. A lot of my credits transferred over, and all I need to do is take -- I took anatomy and physiology two years ago at CCRI. I graduated with As, but I did not follow through on that so I ended up continuing with my self-employment. My grandmother had died, and we had a few health issues actually with my wife, so I ended up just maintaining the one degree that I have, and did not continue on with the pharmacy.
Q. All right. Well, after receiving your degree at U.R.I. did you -- did you get employment anywhere?
A. Yes, I did. I was employed in '93. I believe there was -- from May -- like six-month's lag between when I graduated and when I actually was hired. And I worked at Colfax, Inc., and they are located in Pawtucket, Rhode Island on 38 Colfax Street, and I was a lab technician there. That's



what I did.
Q. And how long did you work at Colfax?
A. I worked there till '97. I was working third shift. And I very nicely left there. I told my boss that, you know, it just -- third shift was a bit much. I was unable to be at home at night with my wife. And we didn't have a child at the time, but the third shift was just too much, and I started a cleaning business. My wife had actually done some cleaning herself, and she had some health issues so I actually took over what was her cleaning business, and I elongated on it, added a lot of customers. We got some commercial and residential accounts, and I began doing the work myself because she got pregnant. And the business was very good. I worked day and night, and I worked Saturdays and Sundays, generally.
Q. What was the name of your business?
A. Diversified Services.
Q. All right. And how long did you continue with Diversified Services?
A. I did that from '97 until I had surgery this July of '04. Last July of '04. So I did that for all those years.

ML00341

Q. All right. And did there come a time when you returned to Colby (sic)?
A. Yeah. As I became sicker I didn't know exactly what the problem was. I did have the hernia surgery. I always complained of right lower abdominal pain, and I eventually came to the conclusion, especially after having visited Dr. Abadier on five occasions at least that I can think of, and being told that the repairs that he did, the hernia repair, the one that he did do was okay and intact, I figured it must be me, that I just don't have the physical capacity to do the physical work that I actually enjoyed. And so I started working at my old job, which was a good job. It just wasn't paying as much, but it did cover health benefits which were getting increasingly expensive as a sole proprietor. So that's -- I started working on -- in September of '04 I started working at -- of '03 -- '03, '04 -- at Colfax, which they had renamed Bunge. 9/03 I began working my night job, second shift in the lab.

It was pretty much similar to the work I had done before except they had added a lot of paperwork. There was a lot more to do with



customer specifications. And they would have these audits of which I was responsible. The companies would come in and audit the plant, make sure the product was up to the specifications that they were paying for. And a lot of quality control issues which made most of my job working at night on the desk. Actually almost four to five hours of desk work, I would say, on the computer which was a relief to me compared to the physical work. At that point I was having trouble bending, and even any of the cleaning that I was doing was physical. So this job here was about three hours of actually working in the lab with -- doing chemical tests, free fatty acids, IVs, colors, peroxide values, drop points, doing --
Q. Michael, if I may interrupt. How long did you work at Colby this time (sic)?
MR. BOWERMAN: Colfax.
A. The second time around I started just back in September of '04 and worked till my surgery in July of this year. So in July of this year I had two jobs. I was working both jobs. I had two or three cleaning jobs left. They were the prime payers, and so I was -- I still kept them. And like I

said, I come home for about three -- three hours or so before it was time for me to go up to my second-shift job. So --
Q. You're talking about you worked until September of '05 -- '04, rather?
A. Right. No, that's when I started. September '04 is when I -- there was a lag. In other words, I stopped working at Colfax and started my own self-employment business. And as I got sick I had the opportunity, my boss called me up, and with the training I had -- the woman that had been working second shift had quit, and he said, I got the job here for you if you want. He knew part of the problem that I had with the job initially was that it was a third-shift job. So when he called me I went back to work for him.
Q. All right.
A. And so for that time I worked there.
Q. Okay.
A. So there was a four-year time frame, and just a small time frame of September of '04 till July of '05.
Q. All right. Well, let's -- I'd like to direct your attention now --



A. July of '04. I worked September of '03 is when I started my job, and I worked it until --
Q. So July of '04?
A. -- last July of '04.
Q. Okay. I'd like to direct your attention now to March of '03.
A. Okay.
Q. Okay. Did you visit the -- well, what happened in March of '03?
A. March of '03 I had had extreme pain. I had had it for about three or four days. And at that point I drove myself down to Kent County Hospital on March 3 of '03 complaining of severe right lower abdominal pain. I can still put my hand on it to this day. It's swollen beyond belief. And the ER doctor noted that it was a hernia on that right side, and that the only thing they could do for that was a hernia repair, and to make an appointment with the doctor. He gave me a referral sheet with doctors that were linked with Kent County, and one of those doctors was Dr. John Abadier whom I did make an appointment with.
Q. All right. And do you recall when you saw Dr. Abadier for the first time?



A. Dr. Abadier, it was April 17 was my initial visit with him which was a very quick visit. It was simply me going in, him confirming that the ER doctor noted I had a hernia. He put two fingers here and he told me to cough, and he put two fingers here and he told me to cough. He said, not only do you have a hernia here, but you also have one on your left side as well, and to go to the secretary and make an appointment for a laparoscopic bi -- both sides -- bilateral hernia repair, and so I did that.
Q. All right. And did you have the surgery performed?
A. I did have the surgery. The surgery was just a week later, the 24th. That surgery was -- I was laid up on a cot for a couple of hours. He was running late. I was in pre-op longer than anyone. I had seen the room clear out at least once. And he told me that he was running behind, he had had complications with his first patient, and that he'd be wheeling me in for surgery in 20 minutes. And indeed within 20 minutes I was undergoing my hernia repair which I was told was 20 minutes per side, 40 minutes surgery time, and maybe an hour recovery time.



And when I woke up it was late in the afternoon. I don't know what time it was. It was about 3, I would say, and I was very reluctant to get out and go. It was an outpatient situation where the nurses and everything leave at 4:30 from that Kent County outpatient portion of the hospital. And they finally had Dr. Abadier come out, and he explained to me that yes, not only was he unable to do my left side, but that the surgery was difficult because usually he puts in the balloon that separates the tissue and allows him to go in with another instrument which unrolls the repair, the mesh repair over the tear. And he said he had to do a lot of disecting. He said it was the only way to get at it, and that it was complicated enough where he just had to wrap me up and call it a day because there was no way he was even going to get to the other side, at least not that day.
Q. All right.
A. And they finally -- the nurses --
MR. BOWERMAN: I object. If you want to ask some questions.
MR. MORGERA: Yeah.

ML00342

MR. BOWERMAN: We're not going to sit here and have a narration.

MR. MORGERA: Yeah, Michael, he's objecting because the answers tend to be longer and go beyond the scope of the questions.

THE DEPONENT: Certainly.

MR. MORGERA: -- so we're going to try to keep it reigned in, okay.

THE DEPONENT: Okay.

Q. All right. After the surgeries, I think you said it was on April 24, did you see Dr. Abadier again?

A. Yes, I did. The next --

Q. Do you recall when that was?

A. The next date I'm not sure exactly. I know it was soon. My wife called the very next day because I had turned black and blue. They barely got me out of there the previous day because, like I said, they were closing up, and they just gave me a shot of Demerol, sent me on my way.

My first postoperative appointment, I believe, was May 1. I am referring to notes here. And I was very bruised at that time, and he noted that, but he insisted that --

MR. BOWERMAN: I'm going to object.



Q. All right. Did you have a conversation with Dr. Abadier on that visit?

A. On that visit we did, and he pretty much indicated that there was certainly a lot of bruising there.

Q. All right. Did he say anything else?

A. He said that -- to make another appointment.

Q. All right. Did you have any complaints or observations? Did you say anything to him?

A. Said I'm in an awful lot of pain, and that in talking with other people I just -- never heard of laparoscopic surgery having so many -- so much black and blue.

Q. Well, did he examine you on that visit?

A. Very briefly. He did have me unbutton my pants, and looked at my testicles and penis to note the black and blue.

Q. And that was the extent of the exam?

A. That was the extent.

Q. Okay. Did you make another appointment with Dr. Abadier or his office?

A. That appointment was May 1. I think there may have been one May 15. There was definitely one June 2.

Q. Let's go to May 15, okay?

A. Okay.

ML00343



Q. Try to stay with the question.

A. All right.

Q. Did you see Dr. Abadier on May 15?

A. May 15 was another visit where I -- again, it was my wife was prompting me to go because I just -- I just couldn't believe I was in this much pain. And I was told it was a very minor surgery, and so I did go back. And he assured me that everything was okay, and that I would have these setbacks seemed to be his answer this and the next three or so visits, that I would have these setbacks.

Q. Well, let's go a visit at a time and let's try to stick --

A. 15th he told me I would have these setbacks and that the repair was intact.

Q. Okay. And did you return to see him again?

A. The next visit was the 2nd because --

MR. BOWERMAN: I'm going to object. Mrs. Littlefield, I understand you're here, but you can't give him notes. You're not participating in the deposition. He has to testify to his memory.

COLLEEN LITTLEFIELD: These are his notes.

MR. BOWERMAN: That doesn't -- he's been sworn to testify. If he needs to refer to notes



that needs to be part of the record, but I think he's asked the questions, and to the extent that he can't answer them he can tell you he can't answer them.

MR. MORGERA: Yeah, you're free to refer to your notes if that's necessary.

THE DEPONENT: Yeah, okay.

COLLEEN LITTLEFIELD: These are his notes.

MR. MORGERA: Well, I understand, but he -- there's a way of doing it. If he can't answer my question and has to refer to it then he can request the notes.

THE DEPONENT: I have everything that I need. It's fine.

Q. Okay. All right, so I think we're on June 2, '03?

A. Yup.

Q. And you visited Dr. Abadier at his office on that date?

A. Yup.

Q. Okay. And what happened in his office? Did he examine you?

A. He did examine me. Again, it's the same quick examination. He simply would look at, you know, where the incisions were, and he did note that

there was a lot of swelling there, and he offered me more Vicodin which was pretty much his answer to every time I complained of pain.
Q. All right. And can you describe where the pain was?
A. The pain was still emanating from in and around where the surgery was, and this lower right-hand quadrant. It's just -- it's always there. It was the same pain.
Q. You say "where the surgery was." Were there --
A. It wasn't next to the incision marks. The incision marks, I had one right in the center and one on the left and one on the right. The pain was more radiating over to this right side. But he told me that it was radiating, and that's why I would need antiinflammatories as well as the pain pills to stop the pain from radiating because it was -- it looked like there was some swelling there from in and around the area of the surgery.
Q. Okay. Do you recall, did you go back to see Dr. Abadier again?
A. The next visit was the 12th, and --
Q. 12th of June?
A. Yeah, the 12th. You know, I realize -- that was



the point when I really realized I couldn't physically do my job that I had been doing for the last -- you know, since like '97, my self-employment job. I had been working extremely hard. At that point I was -- I told him that I couldn't do it, and he said, well, you look better. You seem to be resting more. I said, I'm resting, but I'm not working. That's why -- between the pills you're giving me and me not -- cutting off all my employment, I do -- I feel a little better. But he always assured me that, you're okay. So I'm like, I'm agreeing with him. He's the doctor. Here I am the patient. And so, you know, when the doctor tells you and examines you and says, my patch that I put here is okay, and your hernia over here is still just small so don't worry about that, and that you're going to have these setbacks. He said that on almost every visit. You're going to have these setbacks.
Q. Okay. Now, you also had a family doctor at that time, did you not?
A. Yes, I did.
Q. Who was that?
A. Dr. Manzo.

ML00344



Q. All right. And did you see Dr. Manzo in June also?
A. I did see him in June. I saw him actually for a separate incident concerning my -- a tick bite, believe it or not, because I thought maybe some of my pain might be Lyme disease so I had gone to him. I also went the 15th.
Q. Well, do you recall what day you went for the tick bite?
A. The tick bite was the 10th.
Q. Okay. Of June?
A. Of June, yup.
Q. Okay.
A. And the 12th was when I saw Abadier.
Q. Correct. Now, did you return to Dr. Manzer (sic) after --
A. Yeah.
Q. -- your 6/12 visit with Dr. Abadier?
A. After the 12th I went and saw Manzo.
Q. Why did you go and see Dr. Manzo?
A. I was being prompted by my wife at that point to go because I was groaning at night. I didn't even realize I was groaning even in my sleep in pain. And so I went to see Dr. Manzo, and I just -- I didn't play the tough guy anymore because, you



know, I was 35. I felt like a constant burden going and seeing these doctors. I told him right out, I said, you got to do something. Something's majorly wrong with me. I said, this has been ongoing now since April. And so he set me up for a CT. He conferred with Dr. Abadier's office.
MR. BOWERMAN: Objection. Vince --
MR. MORGERA: Excuse me.
MR. BOWERMAN: -- it's one thing if you want to ask questions. If we're going to sit here and just let him tell his story that's one thing.
THE DEPONENT: Well, there's no story here.
MR. BOWERMAN: It's not how it's done, Mr. Littlefield.
THE DEPONENT: Okay. All right.
MR. BOWERMAN: He's got to ask you questions because there's lots of stuff that you're interjecting here which is, from my perspective, objectionable.
THE DEPONENT: Okay.
MR. BOWERMAN: If you want to ask the questions, ask the questions.
THE DEPONENT: Okay.
Q. Try to respond to the question --

A. Yup.
Q. -- and I'll --
A. More directly.
Q. We'll -- yeah. We'll get all of it out --
A. Yup.
Q. -- but we have to do it in an orderly fashion --
A. Certainly.
Q. -- because he has to have an opportunity to be able to object --
A. Absolutely.
Q. -- to the answers; and he can't do that well. Okay.
So you're in Dr. Abadier's office --
A. Yup.
Q. -- and there --
A. I'm in Dr. Manzo's office on the 15th.
Q. I'm sorry, Dr. Manzo, you're right. It's June after the 6/12 visit with Dr. Abadier. And I believe you said there was some discussion about getting a CAT scan, is that correct?
A. Yup. He conferred with Dr. Abadier, and it was finally at that point that Abadier's office set up the CT exam because even me going five previous times would not initiate the man to give me a



simple CAT scan.
MR. BOWERMAN: Objection. Move to strike.
Q. See, you're going beyond the scope --
A. Okay.
Q. -- of the question, Michael. I know --
A. All right. There's a little bitterness. I'm sorry.
Q. Yeah.
A. It won't come through again.
Q. Okay. And you've never done this before, have you?
A. Of course not.
Q. Did there come a time when you did have a CAT scan?
A. Yes.
Q. Do you recall when that was?
A. CAT scan was June 18.
Q. And where was the CAT scan, Michael?
A. I had my CAT scan done at Kent County Hospital.
Q. On June 18?
A. I did, on June 18.
Q. All right. And did you learn of the results of the CAT scan?
A. I was called -- I had just gotten home. I hadn't been home a half hour. So probably an hour and a half from the actual beginning of the CAT scan. I



was called up by Dr. Abadier's secretary. They were very concerned, and noted that the result of the CAT scan showed that there was either an abscess or a tumor there.
Q. All right. That's what you were told?
A. That's what I was told.
Q. And were you given any instructions to go for further testing?
A. I was told that it was very serious, and that they were immediately going to set up another test which was going to be a barium enema x-ray test.
Q. And did you go for that test?
A. I did.
Q. And when was that?
A. That I believe was the following day, two days after -- I had the CAT scan the 18th, so that would have been the 20th.
Q. And where was that test done?
A. That test was also done at Kent County Hospital.
Q. All right. And did you learn the results of that test?
A. Yes, I did. The results of that test showed that there was -- this is according to Dr. Abadier because he was the only one who called me with any



result of it -- and he said that there's a pocket of blood there, of dried blood, and that it was because of some bleeding in and around the area of the surgery, and that it was okay, and that there was nothing to worry about, and that it would pass through, that it was not a problem.
Q. All right. And did you -- after that phone call with Dr. Abadier did you see him again?
A. The next time I saw Abadier after that was a long time -- had the barium enema x-ray. I complained of pain for a long time before I went back.
Q. Do you recall the date? If I told you it was August 25, does that refresh your recollection?
A. I had it here. August 25, yeah, that was the last -- that was the last time I saw him.
Q. All right. What happened on that visit?
A. Again, I got reassured -- ML00345
Q. You got to -- when I say what happened, I want to know what you told him and then what he told you, and what if anything he did for you.
A. I told him that this still felt -- I said, it feels like there's a baseball there. That was my terminology. It feels like there's a baseball there. And he said that it's -- the repair is

to make this go smoothly.
Q. Yeah, well, that's what I'm trying to do with you, too, Michael, okay. Let's go to --
A. 12/03 is what you want. Yeah, I had lifted up a Christmas tree, and I had back pain --
MR. BOWERMAN: Objection.
A. -- and that's why I went to see Dr. Manzo.
MR. BOWERMAN: Motion to strike.
THE DEPONENT: Okay.
Q. Well, let me ask you the question. Did you see Dr. Manzo in December?
A. December of '03 I saw Dr. Manzo.
Q. And why did you see him?
A. I saw Dr. Manzo in December because I was lifting up a Christmas tree for a customer trying to help her put it away, and I severely hurt my neck and back.
Q. Okay. Did you see Dr. Manzo again in '04?
A. We just went 12/03. That's how you're confusing me. 12/03 is when I saw Manzo for the neck.
Q. Right. Then did you see him again?
A. Then in '04 -- the next time I saw the doctor in '04 was all the way in July was the next time I went to see him.



Q. And why did you go see him again?
A. Because -- I was trying to say this before -- I had lost my entire business at that point, the pain was that grueling, and so I went in July, and he at that time finally ordered a CAT scan.
Q. Dr. Manzo?
A. Dr. Manzo went through Dr. Abadier's office, talked to him, and jointly we got me a CT scan.
Q. All right. And do you recall when you had the CT scan?
A. They ordered it. I had it like the 25th, I believe was the day I got it. It was on a Monday. I know it was a Monday because I went to work that day, and I had the test right before I went to work. And then a Tuesday and a Wednesday went by, and I got results. And he called me up at work on Wednesday, Dr. Manzo did, and said that I had to immediately drive to the hospital room because of what the imaging showed.
Q. Did he explain anything more than that?
A. Yup. He said that they compared it with the CAT scan taken at Kent, and that the image shown on the current CAT scan that was taken in July of '04 versus the one taken back in '03 was the same



tumor, and was in the same area, and actually was a little smaller. It wasn't as big as it was in '03, but it was certainly the same tumor.
Q. Okay. So you went to the Rhode Island Hospital Emergency Room?
A. I did. I drove myself to the emergency room from work.
Q. Okay. And what if anything did they do for you there?
A. They had me bring in my CAT scan result. So I had that in hand, and they looked at that, and they physically palpated and could feel the extreme swelling in my abdomen. And Dr. Manzo had already discussed with Shahinian the results of the initial CAT scan in '03 versus the one that had just been taken in July, and based upon that he said this man has to be brought in for exploratory surgery immediately.
MR. BOWERMAN: Objection. Motion to strike.
Q. All right. Who -- when you got to the emergency room at Rhode Island Hospital I'd like you to tell me what you saw and what you heard, not what was said outside of the emergency room. Can you follow



me?
A. Well, I mean, what I just told you was told to me by Dr. Manzo on the telephone before I went -- drove myself there because I wanted to know why I had to leave a six-hour test, you know, that my company was surely not going to be happy about me not finishing the results. And so what I was told on the phone was what I just told you. And what actually happened in the emergency room --
Q. What happened in the emergency room, Michael?
A. -- was that I was seen by the nurse there. And I showed her my CAT scan, and I told her that my primary care physician along with Dr. Shahinian told me to report here so he can get me prepared for some exploratory surgery.
Q. All right. And what happened next?
A. They kept me overnight. They started to clean my system out and prepare me for surgery, which I did have on a Thursday. I had it Thursday afternoon by the time they had me completely ready to undergo that type of surgery.
Q. Do you know who did the surgery?
A. Dr. Shahinian.
Q. And after the surgery did you have a conversation

ML00347

with him?
A. Dr. Shahinian did in fact tell me that --
MR. BOWERMAN: Objection. The question is did you have a conversation.
MR. MORGERA: Yeah.
MR. BOWERMAN: It's a yes or no question.
MR. MORGERA: Right.
A. Yes.
Q. You had a conversation?
A. Yes, I did.
Q. All right. Do you recall when you had the conversation?
A. I had the conversation on approximately the 28th, which was almost two days after the surgery, or at least a day after.
Q. All right. And where did you have the conversation, Michael?
A. In my hospital room.
Q. Can you tell me -- do you recall what he said to you?
A. He told me specifically --
MR. BOWERMAN: Objection.
MR. MORGERA: Okay, go ahead.
A. Yes, I can tell you what he told me.



Q. Yeah, go ahead.
A. What he told me was that it's unfortunate that they don't know too much about appendiceal cancer, that I had a bad appendix for two years, and that it should have been removed two years prior. He said even if it was cancer two years prior that it could have been removed, and yes, maybe I would have needed a couple of rounds of chemotherapy for insurance purposes, but certainly for that to have been unattended and left in there for two years was bad because what it did is it broke through the wall and changed my cancer stage, you know, considerably. He said that I was stage IV at that point.
MR. BOWERMAN: Motion to strike.
Q. All right. Now, with reference to the two-year period, was Dr. Shahinian -- did Dr. Shahinian mention a two-year period or was Dr. Shahinian referring to a prior --
A. He was referring to the fact --
MR. BOWERMAN: Objection.
A. Okay. He had seen the initial CAT scan, and discussed those results with Dr. Pierre Manzo, and saw the ones that I brought with me.



Q. What I'm looking for here, Michael, is your understanding, your state of mind in terms of what you understood Dr. Shahinian was telling you.
MR. BOWERMAN: Objection.
Q. Do you understand?
MR. BOWERMAN: Objection.
A. I understood what you --
Q. About -- because you mentioned the two-year time frame.
A. A year-and-a-half. It was a year-and-a-half time frame. It was --
Q. I'd like you to be specific about it because --
A. Okay.
MR. BOWERMAN: Objection.
A. It was actually -- it was actually 18 months.
MR. BOWERMAN: I don't mean to keep interrupting, but I don't know what the questions are.
MR. MORGERA: But you are, and you're just making it more complicated, really.
MR. BOWERMAN: No, I'm not.
MR. MORGERA: It's not helping it.
MR. BOWERMAN: I'm trying not to, but there's got to be a question asked, Vince, in order



for him to respond.
MR. MORGERA: There is one pending, but I'll --
MR. BOWERMAN: I don't think there is, but we can try again.
MR. MORGERA: I know it's a knee-jerk reaction to do it this way, Seth, but it really just makes it worse, I think.
MR. BOWERMAN: It doesn't.
Q. In any event --
MR. MORGERA: Yeah, I think it does.
Q. In any event, I'm focusing now -- I'm trying to get you to focus now on the -- you said that Dr. Shahinian was explaining to you and you understood something about an earlier time, okay, an earlier diagnosis, is that correct? That was your understanding?
MR. BOWERMAN: Objection.
Q. All right. What was he referring to --
MR. BOWERMAN: Objection.
A. He was referring to --
Q. -- when he says there's something earlier --
MR. BOWERMAN: Objection.
Q. -- a condition earlier, do you know?

ML00348

MR. BOWERMAN: Objection.
A. He was referring to the fact that the cancer had not broken through the wall as evidenced on the initial CAT scan.
Q. Now, when you say the initial CAT scan, are you talking about the --
A. About the '03 one which he saw --
Q. Okay.
A. -- and Manzo saw.
Q. All right. That was your understanding?
A. Yes.
Q. All right. All right, now, after the conversation with Dr. Shahinian did you undergo any further treatment?
A. Yes, I did.
Q. What was it?
A. I began seeing an oncologist. I had several tests. I had a liver biopsy, PET scan, CAT scan, MRI scan, and it showed that the cancer had made its way to my liver, and that I would need aggressive chemotherapy was what they offered me, along with some staggering real results -- you know, life expectancies.
Q. Let me try to just break it down a step at a time.



Do you recall when you had the CAT scan after your surgery at Rhode Island Hospital?
A. Yeah, I had that in August. It was August, yeah.
Q. This would be August of '04?
A. That's right.
Q. Do you remember what the results of that were?
A. The results of the PET --
Q. Did you learn of the results at that time?
A. Right. I can tell you. The PET scan was --
Q. How did you -- hold on. Did you learn of the results, yes or no?
A. Yes, I did.
Q. All right. How did you learn of the results?
A. My oncologist discussed all the results from all the tests with me, as well as the fact that the actual MRI that showed -- and I read the radiology -- I went to pick up the films, and I delivered them to Dr. Joseph. And in those films was the radiologist's report, and I read the report that noted that the tumors were on every lobe of my liver, and that there was numerous -- many of them, more than they could count.
Q. All right. And who were you seeing at that point for the cancer?

ML00349



A. Dr. Joseph is my oncologist. Dr. Joseph works with Dr. Sambandam on Pontiac Avenue in Cranston.
Q. All right.
A. Warwick, actually.
Q. And did you receive treatment now?
A. I did. I received -- he offered me -- best shot is your first shot, so the first shot was an extensive cocktail of some leading-edge drugs, some of which had just been released previous to my diagnosis, which was Avistan, and there's five or six others; leucovorin, fluorouracil, platinum. Avistan, I mentioned. Leucovorin, several others. And I had this given to me for eight hours at a time. And I would leave the oncologist's office with a pump similar to this, except instead of a needle in my belly it was a large port installed in my chest that dumped into my subclavian vein in order to dilute the medicine because it was indeed so strong it would burn out if you used just regular arm artery or veins.
Q. All right. And how long did you undergo that treatment?
A. I did that -- I did eight weeks altogether. It was actually four rounds, a round being what I just



discussed where you go in for eight hours, and then for 72 hours I carried this pump around the house, and it pumps continuous, and then a nurse comes and disconnects you after 72 hours.
Q. Did there come a time when you stopped this type of treatment?
A. I was told after the four rounds, it was after the eighth week I went -- and so this was October of '04 -- and at that time I had another follow-up CAT scan. And here again I picked up the films personally, and delivered them. And in there was a radiologist's report, and the radiologist's report noted that all the tumors had in fact grown, and that the one that they used for reference from the CAT scan eight weeks prior was -- eight weeks prior was 1.5 centimeters, and that the -- was 1.8 centimeters, and that eight weeks later after the chemo that that particular one they used for reference was 2.5 centimeters, and that was indicative of all the tumors. So they had all actually grown. And all I had to hear after undergoing -- I had -- I was this close to having blood transfusions and bone marrow transplant because the chemo had eradicated my good

Q. Was that where the pain was?
A. That's -- that's -- any person going in -- that is where my pain was, my right side, and that is very common note to a doctor to check for your appendix.
Q. Okay. So in March of '03 you were experiencing pain on your right side --
A. Yup.
Q. -- in the area of your appendix?
A. Yup.
Q. Had you discussed that with Dr. Manzo at all?
A. I didn't know nothing about the appendix, okay. All I knew is I had pain on the right side. I didn't know at that time that it was a horn, or even having taken physiology specifically that it was between the lower and --
Q. Okay, but my question is did you discuss the fact, before you saw Dr. Abadier, with Dr. Manzo that you had pain on your right side?
A. I always said I had pain on my right side. From my initial visit to the doctor you listed there first who was the first person that put hernia in my head, to wherever I went, was, you know, I was under the impression at that point that it was indeed a hernia --



Q. Okay.
A. -- because they told me I had a hernia.
Q. Okay. And when you saw Dr. Abadier he examined you?
A. Yes.
Q. And he told you that he thought you had a hernia on the right side and on the left side as well?
A. Yes.
Q. And he told you he would do a surgery to repair the right side, and if things went well he'd try to do the left side --
A. No, I was set up --
Q. -- at the same time?
You've got to try to let me finish.
A. Okay.
Q. And I'll let you finish, I promise.
A. Yup.
Q. He told you that he would do surgery to repair the right-sided hernia laparoscopically, and if -- is that true?
A. He said that, yes.
Q. Did he also tell you that he would attempt to do the left side if it -- if it worked out?
A. No, he said that he will do it. There was no word



"attempt" used.
Q. So he planned to do both at the same time?
A. I was set up and scheduled for bilateral.
Q. Okay. So your -- if the record indicates that he indicated that he would do the right side, and if possible do the left side, that was inconsistent with what he told you?
A. No, he told me I was going to be in there 40 minutes, 20 minutes each side. He was going to repair both sides.
Q. The surgery was done on April 24 of '03?
A. That's right.
Q. And it was an outpatient procedure?
A. That's right.
Q. So after the operation you went home?
A. I did.
Q. Okay. Did you have a conversation with Dr. Abadier after the procedure as to how it went?
A. I did.
Q. What did he tell you as to how it went?
A. He said there was some complications, he had to do some more disecting than he would have liked to. Thought it might be because of my particular anatomy that the balloon did not inflate to stretch



the skin in order for him to see where the tear was and place the patch.
Q. So he told you he in fact repaired the right side --
A. Yup --
Q. -- but did not do the left side?
A. He did.
Q. And he told you to come back to his office in three weeks for a follow-up appointment?
A. Yup.
Q. And you came back on May 15 --
A. I came back a week later.
Q. I'm sorry, May 1.
And you were doing well then?
A. No, not at all. He told me I was doing well, but I went there initially because, you know, I had a follow up in three weeks. I was there a week later because I was black and blue and in severe pain.
Q. You indicated previously that you were black and blue as well. Is it your understanding that you -- that it's unusual to be black and blue following --
A. Yeah, well, I talked to a lot of --
Q. You got to let me finish, okay. I'm sorry.

ML00352

A. Yup.
Q. After a laparoscopic procedure that it is unusual to be black and blue?
A. No, of course there's going to be bruising from any surgery you have, I know that. It was just the extent and length, like I said, from my belly to the bottom of my testicles, a square patch on both sides. It was just a large, huge area, and it was a black, black --
Q. Did he explain to you why that was black and blue?
A. He said that there was probably bleeding occurring, and that it would flush, and not to worry.
Q. And he told you to come back again in three weeks?
A. I believe so. Like I said, this is -- you know, I got into a lot of appointments with him. I went back that summer. I went back at least three or four times.
Q. Okay. The record indicates you came back on May 15 of 2003.
A. Okay.
Q. And at that point you were doing well?
A. I always made the appointments, and there was really never a follow-up that I didn't -- in other words, he'd say follow up in two or three weeks, I



was lucky if I made it 10 days. And I was always there and prompted by the fact that I had right abdominal pain still.
Q. Is it your testimony, Mr. Littlefield, that these appointments on May 1, 2003, was not a scheduled appointment, you came in because of a problem?
A. I believe that I made that -- yeah, it was a week later. He might have said have a follow-up a week later, but my impression at least during when I had surgery was I don't need to see you for three weeks. He didn't want to take stitches out. I think he took stitches out that week -- while I was there he took stitches out even though he initially wasn't going to do it until later, but while I was in the office he did remove them.
Q. Okay. Then you came back on May 15. Is it your testimony that that was an urgent care visit as opposed to a scheduled visit?
A. Yeah, yeah, I went back May 15 in pain.
Q. Okay. So when he --
A. As well as I did every visit.
Q. So when he notes you were seen that day and doing all right, is that your recollection?
A. Well, I mean, like I said, that was at the point



when I stopped my busy lifestyle. I stopped working. I stopped cleaning huge eight hundred to million dollar houses, and, you know, like I said, I worked nights and weekends as well. I made a fair amount of money, but it was very physical. And so I was feeling better because he was issuing me pills and I had discontinued my busy schedule.
Q. He reassured you on that day and said he'd continue to see you?
A. Yeah, he said, you know -- he did tell me to come back if you have a problem.
Q. Okay. On May 21 of '03 you showed up at the Kent County Hospital Emergency Department, do you recall that?
A. I went back there, yup. I sure did. I do remember. I went there, and I ended up leaving. I told the guy that was the ER doctor what my situation was, and he did talk to Dr. Abadier, and it ended up I was there like five hours. They had me not even in a room. I was cooped over in pain. I said, I may as well go home and be cooped over in pain because they had nothing -- they couldn't understand.
Q. They ordered lab work for you there?



A. Yeah, probably.
Q. They did x-rays for you there?
A. That day?
Q. Yup.
A. Okay.
Q. And then you left --
A. I left.
Q. -- without telling anybody?
A. I did, yup. I had had it with that Kent. I had had it.
Q. And in fact they actually called your home and spoke with your wife?
A. They did, yup.
Q. And they told your wife to follow up with Dr. Abadier?
A. They did, and I did. I did see him again.
Q. Is there a particular reason why you left Kent that day when they were treating you?
A. Because I was -- it was very busy that day. A guy came in who was a roofer that had been -- shot a nail into his ankle. It was pretty gruesome. I actually got to see it. And it held things up incredibly, and they were just so busy. And like I said, they didn't even have me in a room.

ML00353

Everybody that had a room was complaining that they still hadn't been seen. They had me with a gurney, which I couldn't lay down in to get comfortable anyway, so I was actually with a gurney just standing up in the hallway, and I was there for five hours, and I just -- I left.

Q. You were in a lot of pain?

A. I was in a lot of pain, and that's what prompted me to go there, for some pain relief. And this doctor was poo-pooing it. He was, like, everything's fine. Dr. Abadier says you're fine. Everybody says I'm fine.

Q. Why didn't you go see Dr. Abadier that day?

A. Because I was getting nowhere with him.

Q. You went and saw him a couple of days later on June 12?

A. I went and seen whoever I could, especially being prompted. You know, my wife was sick of hearing me groaning. Literally load groaning, like (deponent indicating). You know, I just --

Q. When you say Dr. Abadier on June 12 -- I'm sorry, strike that.

When you saw him on June 2 you told him you had been doing a lot of floor work for three hours



stripping a floor, floor waxing.

A. I did. I aggravated it myself, and I made that appointment because I had gotten a new client, it was actually a dentist office, and the floor was in rough shape, and so I was stripping it. And I was actually on the floor with some stripper and a spackling knife, a wide 10-inch spackling knife. And I had just gotten the account, and I didn't want to lose it. It was kind of early for me to be doing work like that, and I realized that. And I had my dad working with me, helping me out, and -- but it -- I was concerned that I reinjured myself, that maybe I tore that patch open. So he again did, you know, both sides, cough. Still got the hernia on the left, but this one over here that I repaired is fine.

Q. Yup.

A. Once again, I left on the you're okay.

Q. He reassured you?

A. And that's what I needed to hear, you know, was I was okay because I was in so much pain that I couldn't believe I was okay. So that's why I kept going to doctors.

Q. How much Vicodin were you taking at that point?



A. I had taken the initial bottle he gave me. I don't know how many were in it. I don't think it was that many. And I had -- he had given me -- told me to take antiinflammatories which was not Aleve, but --

Q. Advil?

A. -- Advil. He told me to take Advil. And he may have written me a second scrip of Vicodin, but they constipated me so bad that I stopped taking them. Because now I have this obstruction in here already, this swelling, and you can imagine if you haven't had a bowel movement for a couple of days, the added -- I mean, it was just horrifying. And he gave me some constipation medicine, but that was it.

Q. Is it your testimony, Mr. Littlefield, that as of June 2, you could feel a mass in your right side?

A. Yeah. I started explaining it to him as a baseball. I felt like there was a baseball in there.

Q. So as of June 2 you could feel a mass in your right side the size of a baseball?

A. Well, I didn't -- I can't -- I explained it as it feels like there's a baseball, yeah. Rather it



was -- just -- yeah, it was swollen. That's how I explained it.

Q. Was it hard?

A. Was it hard? It was very hard, yeah. That's why I couldn't believe that no one thought it was a problem.

Q. Where was it?

A. My right side, right here. Right where I'm grabbing.

Q. Can you show me again where it is, where you felt it in June?

A. Right here. Right here.

Q. Now, on June 10 you saw Dr. Manzo, your family doctor?

A. On the 10th I saw my Manzo doctor.

Q. Yeah.

A. I had a tick bite.

Q. Yeah.

A. I was saying, well, maybe this is why I'm having so much pain. Maybe I have Lyme disease or something.

Q. Okay. Well, on the 10th you also told him that -- Dr. Manzo about the discomfort you were having after working on the floor, doing the floor work?

ML00354

A. Yeah.
Q. Did you show him this spot on your side?
A. Yeah, he palpated it and was concerned.
Q. So Dr. Manzo also felt this -- your --
A. Yeah.
Q. -- right side of your abdomen?
A. Yeah.
Q. And did he tell you he felt a mass as well?
A. Yeah, he was concerned.
Q. Did he recommend anything on June 10 as to any diagnostic testing to find out what that was?
A. They ended up doing testing. It didn't get done till the 18th.
Q. Okay. Now, on June 12, two days later, you went back to Dr. Abadier?
A. Yup.
Q. And did you tell him you'd seen Dr. Manzo?
A. I don't believe I did.
Q. Okay.
A. Because at that point I was trying to get the real story on my pain.
Q. On June 12 did Dr. Abadier examine you again?
A. It was a brief -- a brief exam, and he said -- his concern was that the tear hadn't -- it hadn't



re-torn --
Q. Okay.
A. -- and so his checking was just the cough. My repair's okay, you're okay.
Q. And he told you on June 12 that this pain was now a dull ache, and he would simply see you as needed, is that correct?
A. Yeah, he pretty much dismissed me, said I was okay, and --
Q. He also reassured you, didn't he?
A. Yeah, he reassured me that everything was okay, but to me I couldn't understand why I was in so much pain.
Q. And he told you to come back if you had any more problems?
A. And my next appointment was with Dr. Manzo who at that point, a few days later, like the 15th or whatever -- in a sense I was saw both doctors because Pierre Manzo got on the phone with Dr. Abadier, and they jointly said that, yes, I do need a CAT scan. And so Abadier's office set the CAT scan up.
Q. Okay. So you saw Dr. Manzo on June 16 -- I'm sorry, yeah, June 16 of '03, and you were having



abdominal discomfort, and he told you that he would speak with Dr. Abadier about the possibility of doing a CAT scan?
A. On the 16th he talked to Abadier -- it was a Monday -- and he discussed that a CAT scan should absolutely be done. It didn't matter that I had saw Dr. Abadier four or five times. It wasn't until my primary care physician said, this guy is really in pain, that I did finally get a CAT scan.
Q. Why did -- did Dr. Manzo tell you why on June 16 of '03 he felt a CAT scan was indicated?
A. Because the blood work that I got that day showed that my white blood cell count was 19,000, okay, which the range is from 4 to 12 -- 4 to 10 is a normal range. So I had a 19. So I was -- I almost needed to be -- have instant intravenous antibiotics at that point.
Q. So Dr. Manzo told you he felt there was a reason for the CAT scan for diagnostic purposes?
A. Yeah, he said because of my swelling that he could feel, and that my complaint of pain for as long as it had continued, and then a day went by and the blood work came back, and it was like -- it was, like, you got to go.



Q. Okay. Did he tell you whether he had a differential diagnosis or what he thought might be causing the problem? Manzo, I mean.
A. He -- yeah, he stated a couple things that it could be. The one was the hernia. The other was just a number -- I don't remember specifically what he said, but he said you're going to have to probably get -- he said it could be Crohn's, and he said, you're going to have to have exploratory surgery for them to accurately diagnose what, if anything, is going on in there.
Q. Dr. Manzo told you that in June of 2003?
A. Yeah.
Q. Did he tell you that he also considered the possibility of a tumor?
A. Well, no, he didn't tell me that until the result of the CAT scan on the 18th -- after the 18th.
Q. You also had a barium enema done?
A. Yeah, I had that done the 20th, two days later.
Q. Who told you the results of the CAT scan and barium enema?
A. Okay, the CAT scan results were given to me by the secretary at Dr. Abadier's office. She was very frantic and concerned, and said that the results

ML00355

came up that the CT with the contrast showed that there was -- and I saw a piece of paper that actually said it. It said abscess or tumor. They didn't know which. They said it was one or the other.
Q. So you saw that piece of paper?
A. I saw it from Dr. Manzo on a follow-up visit with some paperwork. He had a whole bunch of paperwork at this point, and I saw that, but that was -- that was just the results of the CAT scan. That -- you know, that was an iffy thing. It was a question mark there, so that's why they had me have the barium enema x-ray two days later to for sure and accurately tell me if it was indeed one of these potentially serious things.
Q. Okay. So the secretary at Dr. Abadier's office told you the CAT scan showed either the possibility of an abscess or a tumor, and that it was serious, and that they wanted to set up another test which would be a barium enema?
A. Yes.
Q. Okay. And in fact they had the barium enema done on June 20 of 2003?
A. Yes.



Q. Who told you the results of the barium enema?
A. The results of that were from Dr. Abadier himself. He called me up shortly after I had the test, asked me how I was, said that it looked like some bleeding had occurred, there was probably a pocket of dried blood there, and that it looks like it's going to pass, and that I would be okay.
Q. Anything further said?
A. No.
Q. Did you ask him, you know, what about the prior concerns on the CAT scan about either a tumor being there?
A. Well, that was all brought out in the wash with this very expensive and belittling experience that I had on this barium enema x-ray, and it -- even the doctor who did it was like, you know, it was all clean tissue -- whatever they said, it was not a problem. They seemed to think that it was healthy tissue and that I was going to be okay.
Q. Did you ever discuss the results of the barium enema with Dr. Manzo?
A. I did not.
Q. Do you know whether Dr. --
A. At least not for a long time.



Q. Do you know whether Dr. Manzo got the report for the barium enema and the CAT scan?
A. I don't think he did. I don't know if he did. I don't.
Q. Why is it that you went back to Dr. Abadier more than two months later in August of 2003?
A. I went for one last attempt. I -- at this point I had lost almost my entire business. I had three customers left, and I was, like, I'm going to have to change careers here. And so I saw him one last time, and when I went in he said, my repair is still intact and that I was good to go. I would have these setbacks, you know, like if I went and did hard work like I had done previously there, you know, scrubbing tile -- floor tiles or something like that, that I would have these setbacks, and that was the extent of it.
And so that was in August, and then in September I started my second-shift job which was hardly physical at all, and I did keep a couple of jobs during the day cleaning, but, you know, I just -- I figured that I had to change my lifestyle. I was getting older, my body was getting worn out from all the years of cleaning,



and so I went with that. And I waited -- I got through that job. It was -- it started getting tougher and tougher. You know, I worked there September, October, November, December, January, and I got into the springtime, and I couldn't even do this job anymore. I couldn't even physically do a nonphysical job. I was sitting at the computer, and I couldn't get comfortable. I was, like -- because just to bend at the computer was too much.
Q. When was this?
A. This got to be in about like May, June, and then it finally in July --
Q. That would be of '04?
A. Of '04, sure.
Q. Let's stick with '03 if we can. When you saw him in August of '03 he told you that -- you told him that your pain --
A. Saw him in August of --
Q. Of '03.
A. -- of '03, okay, yeah.
Q. And you told him that you got the pain occasionally, particularly after you did a lot of heavy work?

ML00356

A. Yeah.
Q. Okay. And when you didn't do the work you wouldn't get the pain?
A. Right.
Q. And he told you at that point in August of 2003 that he would see you again if you had anymore problems?
A. Right.
Q. And he told you at that point that he thought you needed a repeat CT of the abdomen, correct?
A. No, he never told me that.
Q. Are you sure?
A. Absolutely not. Absolutely not. My last visit with him was in August, and it was a week later that I started my job. It was in September that I started my job. That's why I brought that up. I might have said '04, but it was '03. It was in September of '03 that I started my job.
Q. Isn't it true, Mr. Littlefield, that on August 25, 2003 Dr. Abadier recommended to you a repeat CT of your abdomen and pelvis area given the findings on the barium enema and the CAT scan of June?
A. No. Why would he wait that long to tell me something like that anyway? He never said that to



me. That absolutely never happened.
Q. You're sure?
A. I am sure that that conversation never happened. Because I after having all that testing certainly wouldn't have -- you know, what's another test? I was never one to renege on -- you know, I always maintained health insurance and took care of my body. So I wouldn't -- you know, if somebody told me something -- especially with the pain I was in I was waiting for someone to tell me what the problem was.
Q. You never saw Dr. Abadier again after August 2003?
A. No. I figured that's how my body was and so that's why I changed careers a week later after I saw him.
Q. You saw Dr. Manzo in June of -- I'm sorry, strike that.
You saw Dr. Manzo in January of 2004 with complaints of a genital lesion, do you recall that?
A. I did. That was Blackmer. That was his partner, but -- he wasn't in that day.
Q. Okay. And you had no complaints of abdominal pain at that time?
A. I had -- still had the abdominal pain. I wasn't there -- that wasn't my mission on that particular



visit.
Q. Did you tell Dr. Blackmer that you had abdominal pain, do you recall?
A. No, I told her about I wanted the results of the test confirmed.
Q. The next time you saw Dr. Manzo, according to my records, is July of 2004?
A. That's right.
Q. Okay. So from January 6 of 2004 to July 26 of 2004 --
A. Yup.
Q. -- you didn't see any doctors --
A. That's right. I worked --
Q. You got to let me finish. I'm sorry.
A. Sorry.
Q. So from January 6 of 2004 to July 26 of 2004 you saw no doctors for any complaints of abdominal pain?
A. That's right, because I was managing the pain by stopping all physical work, and I had gone to a nice cushy half computer/half lab work job. And so I did that, like I said, I did that September, October, November, December, January, and February, and then by the time March, spring came, of '04, I



was really feeling results. I was having a tough time at work, which was supposed to be my easy work now. I was leaving earlier and earlier, and by the time June was here I was just groaning audibly in my sleep and everything. My wife prompted me to go in July was when I finally got myself to the doctor again.
Q. In the history you give to Dr. Shahinian at Rhode Island Hospital it indicates that you had complained of abdominal pain on and off during the prior year, particularly after heavy lifting, is that accurate?
A. Yeah.
Q. Okay. So was the pain from July -- from January of 2004 to July of 2004, was that something that came and went pretty much just with heavy lifting or was it always there?
A. The pain I had from the dates you're saying are from the end of '03 till July of '04. I did not have much pain because I was no longer lifting. I was not scrubbing, cleaning, pushing a vacuum, lifting, removing rubbish from people's houses. I was working at a computer and in a laboratory with a nice setup.

ML00357

Q. Okay. Could you feel the mass still in your right side?
A. Yes.
Q. Was it getting bigger?
A. It never got -- it felt better for a long time, to tell you the truth. I had -- an incidental thing was in January I went for -- I had neck pain. I went to get checked for neck pain. Funny thing about your nervous system. I had neck pain so severe it still crunches to this day. And I -- my pain was in my neck so much that I started just between not working as much heavy lifting and having this other pain, I was able to live with this pain, and knowing that it was nothing because I had had all these checks and tests and appointments I figured, you know, that's how my body was at this point, you know.
Q. Was it always there, though, from July -- from January of 2004 to July? Were you always cognizant of the fact that you had abdominal pain in that time period?
A. It would sometimes fade. Like I noted, the original x-ray taken in '03, CT, was actually larger than the CT taken in '04. So that tumor was



capable of, you know, going up and down. You know, even though it was always there, it certainly affected me worse at some times than others.
MR. BOWERMAN: With all due respect, I move to strike your answer.
Q. My question was from July of '04 -- I'm sorry, from January of '04 to July of '04 were you always cognizant, aware of abdominal pain?
A. Yes.
Q. And you didn't seek any medical advice in that time period --
A. No.
Q. -- for abdominal pain?
A. No.
Q. As I understand it, just before you saw Dr. Manzo in July of '04 you had been lifting some heavy pieces of wood and the pain suddenly got worse?
A. Probably, yup.
Q. Okay. And you saw Dr. Manzo?
A. Yup.
Q. And he ordered a CAT scan at that point?
A. Well, he ordered a CAT scan based on the swelling that he palpated and my blood that was elevated. And ironically, the first CT scan my blood was



elevated. I told you 19. The first CAT scan it was 19 back in '03. It was 19,000 on the white blood cell count which is horrendously high. And when they compared that CT with the CT that was taken in '04, my blood, instead of being 19 was 18,000, and the tumor was, although in the same place, it was slightly smaller.
MR. BOWERMAN: Again, I move to strike.
Q. My question was did Dr. -- was it your understanding that Dr. Manzo ordered the CT study in July of 2004 because of your complaints of abdominal pain?
A. That is why he and -- he didn't order it. It was Abadier who ordered it. He talked with Abadier, and even though, you know, I had gone there lots of times, it wasn't until my primary care physician said that this guy has a high white blood cell count -- which Abadier never sent me out for blood work -- and he has swelling, so don't you think we should have a CT scan? Yes, that's when he sent me out for a CT scan.
Q. So Manzo actually told you that he was -- one of the reasons he was doing the CT scan was the -- was a noticeable swelling in your abdomen?



A. That was one reason, yup.
Q. And because you were having abdominal pain?
A. And because of the elevated blood work.
Q. Okay.
A. And because he had spoke with Abadier.
Q. Okay. Had there been any changes in your bowel habits at that point?
A. They were still normal.
Q. Okay. There had been no fever?
A. No, not that I noticed.
Q. Did Dr. Joseph recommend that you continue with treatment?
A. No, he did not. He, knowing the statistics of -- I was diagnosed too late in the game, and statistically appendiceal cancer, when you're diagnosed at stage IV there's a two percent chance that you'll be living in five years. So that's the bottom line statistic. I've always worked with numbers and dealt a lot in statistics. I also have a lot of belief in God, and hope, and so even with both of those, there was no sense in continuing treatment after eight weeks of treatment that only made it worse. Unfortunate about the liver is chemo works better if, first off, if you get the

ML00358