# G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD, Plaintiff, | : | |
| v. | : | C.A. No. 06-157 |
| CATHOLIC FAMILY LIFE INSURANCE COMPANY, Defendant. | : | |

**AFFIDAVIT OF KIM R. E. INGRAM IN SUPPORT OF DEFENDANT CATHOLIC FAMILY LIFE INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, Kim R.E. Ingram, being duly sworn, do depose and say as follows:

1. I am the Vice President and Corporate Secretary for defendant Catholic Family Life Insurance Company ("CFLI").

2. I am making this Affidavit in support of CFLI's Motion for Summary Judgment to supplement my deposition taken in this matter on February 20, 2007.

3. Except as otherwise set forth herein, all of the information contained in this Affidavit is based on my first hand knowledge and experience.

4. The CFLI form used for the 2003 Michael Littlefield policy at issue in this case was duly filed with the Insurance Commissioner and CFLI did not receive notice of disapproval during the applicable waiting period pursuant to R.I.G.L. § 27-4-24.2.

5. CFLI's insurance application process begins with an interview, generally in the applicant's home, by the agent. For a policy application made in August 2003 for a

$300,000 policy, one of the principal purposes of this interview is for the agent and applicant to discuss the type, amount and pricing for insurance the applicant is seeking. The agent is also supposed to prequalify the applicant to avoid surprises later, as well as to fill in the information required in the application form.

6. CFLI 's underwriting procedures for the issuance of life insurance in 2003 are based on industry norms, as well as to conform the Rhode Island regulatory requirements.

7. CFLI's underwriting procedures are intended to identify and gather information regarding risks that might adversely impact an individual applicant's probable mortality through a careful sequence of general questions with appropriate follow-up regarding any potential medical issues. To avoid any disputes regarding the accuracy of the information relied upon to perform its risk assessment, CFLI's process builds in repeated requests for direct written confirmation from the applicant that the recorded information is accurate.

8. If CFLI had been informed of any of the hernia complications, the ongoing pain, the noticeable swelling, the feeling that "there's a baseball in there," the five non-routine doctor's appointment to Dr. Abadier, the two non-routine appointments to Dr. Manzo, the Emergency Room visit, the Vicodin prescription, the grossly abnormal CT scan, the inconclusive barium enema, the pain so severe as to force the curtailment of his cleaning work, or the trips to hospital for tests, CFLI's underwriting protocols would have raised a serious question, halting progress on the application until the risk was capable of being assessed by obtaining medical records and further investigation.

9. Based on the medical information gathered by the time that CFLI made its decision to decline to pay in September 2005, confirmed by the medical information and testimony gathered in connection with this litigation, including without limitation Mr.

Littlefield's deposition transcript, pursuant to CFLI's underwriting protocols, disclosure of a true medical and complete history would have caused Mr. Littlefield to be classified as an impaired risk so that the 2003 policy would not have issued.

Kim R.E. Ingram

Kim R.E. Ingram

STATE OF Wisconsin
COUNTY OF Milwaukee

On the 18 day of June, 2007, before me personally appeared Kim R.E. Ingram, to me known and known by me to be the person executing the foregoing instrument, and he acknowledged said instrument by him/her executed to be her free act and deed.

Notary Public
My Commission Expires: 8/30/2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of June, 2007, a true and accurate copy of the within *Affidavit of Kim R.E. Ingram in support of Motion for Summary Judgment* was served by ECF on:

Karen Davidson, Esq.
One Ship Street
Providence, RI 02903

______________________________