UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLLEEN LITTLEFIELD,
Plaintiff,

C.A. No. 06-157

VS.

CATHOLIC FAMILY LIFE
INSURANCE COMPANY
Defendant,

**PLAINTIFF'S MOTION TO ENLARGE TIME**
**ASSENTED TO BY DEFENDANT**

Plaintiff hereby requests an extension of time to respond to Defendant's Motion for Summary Judgment and Statement of Undisputed Facts.

The grounds for this request are medical and uncontested. The parties have agreed to an extension of time for Plaintiff to answer the Summary Judgment motion to August 20, 2007. Plaintiff is requesting this Court's approval of same.

Respectfully submitted,

Plaintiff, by her Attorney,

/s/ Karen Davidson
Karen Davidson #3182
One Ship Street
Providence, RI 02903
(401) 453-6200
(401) 331-6110 fax

ASSENTED TO
BY DEFENDANT:

Defendant in the above captioned matter hereby Assents to Plaintiffs Request for Extension of Time to Answer to August 20, 2007.

/s/ Patricia A. Sullivan, Esq.

CERTIFICATION

I hereby certify that on this 9th day of July, 2007, I sent ECF and faxed a true and accurate copy of the within Motion to :

Patricia A. Sullivan, Esq,
Caroline F. Turcotte, Esq.
Edwards, Angell, Palmer and Dodge, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

/s/ Karen Davidson #3182