UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLLEEN LITTLEFIELD,

Plaintiff, C.A. No. 06-157

v.

CATHOLIC FAMILY LIFE
INSURANCE COMPANY

Defendant.

**PLAINTIFF'S SECOND MOTION TO ENLARGE TIME**

Plaintiff hereby requests an extension of time to respond to Defendant's Motion for Summary Judgment and Statement of Undisputed Facts to September 10, 2007.

The grounds for this request are medical. Plaintiff is requesting this Court's approval of same.

Respectfully submitted,

Plaintiff, by her Attorney,

/s/ Karen Davidson

Karen Davidson #3182
One Ship Street
Providence, RI 02903
(401) 453-6200
(401) 331-6110 fax

Based on the representation of plaintiff's counsel regarding her medical condition, defendant will not assert an objection to this motion.

/s/ Patricia A. Sullivan

## CERTIFICATION

I hereby certify that on this day of August, 2007, I sent ECF and faxed and true and accurate copy of the within Motion to:

Patricia A. Sullivan, Esq.
Caroline F. Turcotte, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

/s/ Karen Davidson #3182