UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC FAMILY LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-157 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Caroline F. Turcotte on behalf of Catholic Family Life Insurance Company in the above-captioned matter. Attorney Patricia A. Sullivan and the law firm of Edwards Angell Palmer & Dodge LLP will continue to represent Catholic Family Life Insurance Company in this matter.

CATHOLIC FAMILY LIFE INSURANCE COMPANY,

By its Attorneys,

/s/ Patricia A. Sullivan

Patricia A. Sullivan (#2120)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 21, 2007.

/s/ Patricia A. Sullivan