UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLLEEN LITTLEFIELD

VS. C.A. No. 06-157

CATHOLIC FAMILY LIFE INSURANCE
COMPANY

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff in the above captioned matter hereby moves to amend the Complaint to include a count for Unjust Enrichment (Count IV) in the form attached hereto labeled Amended Complaint.

As grounds therefore, Plaintiff also attaches a Memorandum of Law

WHEREFORE, Plaintiff requests that her Motion to Amend Complaint be allowed.

COLLEEN LITTLEFIELD
By her Attorney,

/s/

Karen Davidson #3182
One Ship Street
Providence, RI 02903
(401) 463-6200
(401) 331-6110 fax

**CERTIFICATION**

I hereby certify that on this 24th day of August, 2007 I ECF and faxed a true and correct copy of the within to:
Patricia A. Sullivan, Esq,
Edwards, Angell, Palmer and Dodge, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

/s/ Karen Davidson #3182