UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLLEEN LITTLEFIELD

Plaintiff

vs. C.A. No. 06-157 ML

CATHOLIC FAMILY LIFE INS. CO.

Defendant

PLAINTIFF COLLEEN LITTLEFIELD'S OBJECTION TO
DEFENDANT CATHOLIC FAMILY LIFE INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT

Plaintiff Colleen Littlefield ("Littlefield") hereby objects to Defendant Catholic Family Life Insurance Company (the "Insurer") motion pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment.

In support of her objection, Littlefield relies on her accompanying Memorandum of Law, Statement of Disputed Facts and attached Exhibits and whatever further argument or testimony as may be offered at the time of hearing on this matter.

/s/ Karen Davidson

Karen Davidson (# )
One Ship Street
Providence, RI 02903
401.453.6200 (Tel.)
401.331.6110 (Fax)

Attorney for the Plaintiff
Colleen Littlefield

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September, a true and accurate copy of the within Objection to Motion for Summary Judgment was served by ECF on:

Patricia A. Sullivan (#2120)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Is/ Karen Davidson