# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COLLEEN LITTLEFIELD
Plaintiff
vs. C.A. No. 06-157
CATHOLIC FAMILY LIFE INSURANCE COMPANY
Defendant

30(b)(6) DEPOSITION OF KIM INGRAM
Tuesday, February 20, 2007
9:30 a.m.
Law Office of Karen Davidson
One Ship Street
Providence, Rhode Island

---------- Ellen Zappia, RPR ----------
Capitol Court Reporting, Inc.
931 Jefferson Boulevard, Suite 2003
Warwick, Rhode Island 02886
(401) 739.3600



INDEX

WITNESS: KIM INGRAM
EXAMINATION BY: PAGE:
Ms. Davidson 4
PLAINTIFF'S EXHIBITS MARKED: PAGE:
1 Subpoena 29
2 Document Bates No. CFL000587-588 89
3 Document Bates No. CFL000553-557 96
4 Document Bates No. CFL000454-455 97
5 Document Bates No. CFL000091 98
6 Document Bates No. CFL000079,83
82,71,72,85,86,87,84,73 99
7 Document Bates No. CFL00014 107
8 Document Bates No. DC00005 108
9 Document Bates No. DC00001-4 108
10 Document Bates No. CFL000001-4 109
11 Document Bates No. CFL000006-7 114
12 Document Bates No. CFL000018-19 116
13 CFLI Illustration of Proposed
Coverage 118
14 Document Bates No. CFL000076 123
15 Document Bates No. CFL000077 125
16 Document Bates No. CFL000045,46
47,48,53,54,32,33,49,50,55,51,
52,35,34,67,30,25,24,31,28,27,29,
26,38,36,43,44,41,42,39,40 125
17 Document Bates No. CFL000447,452 145
18 Document Bates No. CFL000453 148



APPEARANCES

For Plaintiff:

KAREN DAVIDSON, ESQ.

LAW OFFICE OF KAREN DAVIDSON

One Ship Street

Providence, Rhode Island 02903

For Defendant:

PATRICIA A. SULLIVAN, ESQ.

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza

Providence, Rhode Island 02903



(Proceedings commenced at 9:30 a.m.)
KIM RENEE ELIZABETH INGRAM,
after having been first duly sworn under oath, was questioned and testified as follows:
EXAMINATION BY MS. DAVIDSON:
Q. May I have your full name, please.
A. Kim Renee Elizabeth Ingram.
Q. And where do you live, Kim?
A. In Menomonee Falls, Wisconsin.
Q. And that's outside of Milwaukee?
A. Correct.
Q. And who lives with you there?
A. My husband and my daughter and my son.
Q. Could you briefly tell me what your educational background is.
A. Yes. I have an undergraduate degree from the College of Holy Cross in Worcester, Massachusetts. I have a graduate degree from Cardinal Stritch University. I have an associate's in insurance regulatory compliance. Chartered life underwriting degree. Chartered financial consultant degree. A fellowship in life insurance management degree. An associate's in customer service. Let's see. Licensed in four or five states for life,

Q. Oh, it is not his job?
A. No. It's the teleunderwriter and parameds job to ask questions. His job is to ask the questions that are on the application.
Q. He also said that someone who's had hernia surgery, according to the company, is not a risk. It's when they haven't had the surgery that there's the risk. Do you know why he said that?
A. No, I do not.
Q. Is there anything that I haven't asked you that you think would -- is relevant to CFLI's denial of payment on this claim?
MS. SULLIVAN: Objection.
MS. DAVIDSON: Grounds?
MS. SULLIVAN: That's a hopelessly overbroad question that leaves a witness, who's been testifying without a break for several hours, in a very difficult position. She may have an answer. I'm not instructing her.
Q. Do you need a break to answer this question?
A. Read the question one more time, please.
Q. Is there anything I haven't asked you that you think is relevant to CFLI's denial of payment on Michael Littlefield's policy?



MS. SULLIVAN: Objection. You may answer.
A. You have not asked me if having the hernia was the basis for our denial of the claim.
Q. Is having the hernia the basis for the denial of your claim?
A. No. It is not.
Q. What is the basis for the denial of your claim?
A. Misrepresentation of the doctor and follow-up visits that occurred before the application and after that May date that was stated on the paramed.
Q. That's what you previously told me.
MS. DAVIDSON: Thank you. I don't have any further questions. Thank you.
MS. SULLIVAN: No questions.
(Deposition concluded at 1:41 p.m.)



CERTIFICATE OF COURT REPORTER

I, Ellen Zappia, Registered Professional Reporter and Commissioner of the State of Rhode Island and Providence Plantations, hereby certify that on February 20, 2007, at the time and place specified above, KIM RENEE ELIZABETH INGRAM, the deponent herein, was duly sworn by me to testify to the truth and was thereafter examined under oath by counsel.

I certify that the questions asked of the deponent and the answers given were taken down by me stenographically and transcribed using computerized translation software; and that the foregoing is a true and accurate transcript thereof; and that a review of the transcript by the deponent was requested.

I certify also that I am not counsel, attorney, or relative of any party litigant, nor otherwise interested in the event of this suit.

______________________
Ellen Zappia, RPR

My commission expires: April 8, 2007