UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN LITTLEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC FAMILY LIFE INSURANCE COMPANY,<br><br>Defendant. | : | C.A. No. 06-157 ML |

**STIPULATION OF DISMISSAL**

The undersigned parties, by and through their respective counsel, hereby stipulate and agree that the above-captioned action shall be and hereby is dismissed, with prejudice, with respect to all claims, counterclaims and/or cross claims, each party to bear her or its own costs and fees.

COLLEEN LITTLEFIELD

By her Attorney,

/s/ Karen L. Davidson
Karen L. Davidson, Esq. (#3182)
One Ship Street
Providence, RI 02903
(401) 453-6200
(401) 331-6110 (Fax)

CATHOLIC FAMILY LIFE INSURANCE COMPANY

By its Attorney,

/s/ Patricia A. Sullivan
Patricia A. Sullivan, Esq. (#2120)
EDWARD ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

ENTER:

______________________

ORDER:

______________________